# EXHIBIT "A"

**Harold Seider**
8212 De Longpre Avenue
Los Angeles, California 90046
323-650-0130

## VIA FIRST CLASS REGULAR MAIL

Date: January ⁳⁴₁ 2011

c/o Can't Stop Productions, Inc.,.
Jay L. Wallberg
Markum and Kleigman
655 Third Avenue 16ᵗʰ Floor
New York, NY 10017

and

c/o Can't Stop Music, a division of Can't Stop Productions, Inc
Stephen L. Kopitko, Esq.,.
1995 Broadway 16ᵗʰ Floor
New York, NY 10023

and

Scorpio Music and Black Scorpio SARL
92 Avenue Kleber
75116 Paris France

and

Francis Dreyfus Music and Societe Dreyfus Music Francis
26 Avenue Kleber
75116 Paris France

and

Universal Music Publishing MGB France and Le Rideau Rouge Editions SA
16 Rue Des Fosses Saint Jacques
75005 Paris France

and

You You Music Editions
29 Avenue Mac Mahon
75809 Paris Cedex 17, France

Re: Notice of Termination of Post 1977 Grants of
Copyright on Certain Works of Victor Willis

Sirs:

**PLEASE TAKE NOTICE** that, pursuant to Section 203(a) of the U.S. Copyright Act of 1976, 17
U.S.C. §203(a), Victor Willis hereby terminates the grants of rights for certain musical works of Victor
Willis (the "Work(s)"), including, but not limited to copyright, all publication rights and all rights under

copyright, made pursuant to the applicable agreements ("Agreement(s)") referenced beside each Work set forth on the Schedule "A" attached hereto and incorporated herein by this reference ("Schedule") The attached Schedule identifies for each Work, the applicable (i) Effective Date of Termination, (ii) Agreement and Execution Date , (iii) Original Grantee(s) and /or the Purported Successor(s) in Interest, (iv) Registration Numbers and Dates, and (v) Date(s) of Publication of the Works.

Based upon reasonable investigation of the records of the NYS Department of State Division of Corporations, BMI, SACEM and the United States Copyright Office, it appears that each of you, at the respective addresses noted above, are or may be the current owners of or claimants to the rights in and to one or more of the Works under the Agreements, as specifically set forth on the attached Schedule. Accordingly, service of this Notice of Termination is being made upon each of you at the addresses noted above.

This Notice is served upon you and effected by Victor Willis, the author of the Works and the sole grantor of the rights under the Agreements, by and through his attorney-in-fact and authorized agent, Harold Seider, c/o of the address first listed above.

The undersigned represents that he is the duly authorized agent of Victor Willis

Thank you for your cooperation.

Very truly yours,

HAROLD SEIDER
As Attorney-in-fact and Duly Authorized
Agent of Victor Willis

cc:    Victor Willis w/encls.
       Brian D. Caplan, Esq. w/encls

**SCHEDULE A**
to
**NOTICE of TERMINATION**
**OF A GRANT OF TRANSFER OF COPYRIGHT**
**(pursuant to Section 203 of the Copyright Act, 17 U.S.C. 203)**

**Dated the _____ day of January, 2011**

| | | |
|---|---|---|
| **1.** | **Song Title** | **Y. M. C. A.** |
| | Author(s) Executing Grant | Victor Willis |
| | Registration No. and Date | PA-25-983/<br>1-22-1979 |
| | Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc.<br>and<br>(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright |
| | Publication Date | 12 September 1978 |
| | Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 8th day of August, 1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| | Effective Date | Termination is to become effective at midnight on the 13th day of September 2013 |
| **2.** | **Song Title** | **I'm A Cruiser** |
| | Author(s) Executing Grant | Victor Willis |

| Registration No. and Date | PA-19-712/<br>12/11/1978 |
|---|---|
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc, and |
| | (2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright |
| Publication Date | 12 September 1978 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 8th day of August, 1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 13th day of September 2013 |

| 3. | **Song Title** | **Hot Cop** |
|---|---|---|
| | Author(s) Executing Grant | Victor Willis |
| | Registration No. and Date | PA-19-713/<br>12-11-1978 |
| | Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc, and |
| | | (2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright |
| | Publication Date | 12 September 1978 |

| | |
|---|---|
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 8th day of August, 1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective date | Termination is to become effective at midnight on the 13th day of September 2013 |

4. **Song Title** — **Ups and Downs**

| | |
|---|---|
| Author(s) Executing Grant | Victor Willis |
| Registration No. and Date | PA-19-715/ 12-11-1978 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc. and (2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright |
| Publication Date | 12 September 1978 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 8th day of August, 1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 13th day of September 2013 |

5. **Song Title** — **My Roommate**

| Author(s) Executing Grant | Victor Willis |
| --- | --- |
| Registration No. and Date | PA-19-714/<br>12-11-1978 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc.<br>and<br>(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright |
| Publication Date | 12 September 1978 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 8th day of August, 1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 13th day of September 2013 |

6. **Song Title**    **The Women**

| Author(s) Executing Grant | Victor Willis |
| --- | --- |
| Registration No. and Date | PA-19-711/<br>12-11-1978 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc,<br>and |

|  | (2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright |
|---|---|
| Publication Date | 12 September 1978 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 8th day of August, 1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 13th day of September 2013 |

7.  **Song Title**                    **I Love America**

| Author(s) Executing Grant | Victor Willis |
|---|---|
| Registration No. and Date | PA-38-593/<br>6-20-1979 (Supplemental filing)<br>to PA-29-910/<br>2-15-1979 (initial filing) |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on Supplemental copyright registration (PA-38-593), and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc.<br>and<br>(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright<br>and<br>(3) Lerideau Rouge, as copyright claimant on initial copyright registration (PA-29-910)<br>and<br>(4) Francis Dreyfus Music, as copyright claimant on initial copyright registration (PA-29-910) |

|  | and<br>(5) You You Music Editions, as possible successor in interest of Lerideau Rouge and Francis Dreyfus Music, and described by SACEM as a co-publisher |
|---|---|
| Publication Date | 14 June 1978 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 13th day of February, 1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 15th day of June 2013 |

**8.  Song Title**                     **Got A Feeling**

| Author(s) Executing Grant | Victor Willis |
|---|---|
| Registration No. and Date | PA29-908/<br>2-15-1979 (Initial filing)<br>PA-38-592/<br>6-20- 1979 (Supplemental filing) |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on Supplemental copyright registration, (38-592) and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc,<br>and<br>(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright<br>and<br>(3) Lerideau Rouge, as copyright claimant on initial copyright registration (PA-29-908)<br>and<br>(4) Francis Dreyfus Music, as copyright claimant on |

Page 6 of 26

initial copyright registration (PA-29-908)
and
(5) You You Music Editions, as possible successor in interest of Lerideau Rouge and Francis Dreyfus Music, and described by SACEM as a co-publisher

| | |
|---|---|
| Publication Date | 14 June 1978 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 13th day of February, 1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 15th day of June 2013 |

**9.   Song Title**                    **Another Lonely Man**

| | |
|---|---|
| Author(s) Executing Grant | Victor Willis |
| Registration No. and Date | PA29-909/<br>2-15-1979 (Initial filing)<br>PA-38-594/<br>6-20-1979 (Supplemental filing) |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on Supplemental copyright registration. (38-594) and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc.<br>and<br>(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of the copyright<br>and<br>(3) Lerideau Rouge, as copyright claimant on initial copyright registration (PA-29-909)<br>and |

Page 7 of 26

|  | (4) Francis Dreyfus Music, as copyright claimant on initial copyright registration (PA-29-909)<br>and<br>(5) You You Music Editions, as possible successor in interest of Lerideau Rouge and Francis Dreyfus Music, and described by SACEM as a co-publisher |
|---|---|
| Publication Date | 14 June 1978 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 13th day of February, 1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 15th day of June 2013 |

**10.** **Song Title**                      **Where Is My Woman**

| Author(s) Executing Grant | Victor Willis |
|---|---|
| Registration No. and Date | Pau 25-296/<br>6-06-1978 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc.<br>and<br>(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright of English lyrics<br>and<br>(3) Lerideau Rouge as original copyright claimant<br>and<br>(4) Francis Dreyfus Music as original copyright claimant |

Page 8 of 26

| | |
|---|---|
| Publication Date | 15 May 1978 or 14 June 1978<br>(included on Casablanca album NBLP<br>7101 released as indicated on copyright registration<br>no. SR000001612 dated 1978-06-02 for this album) |
| Agreement and Date | The grant to which this notification applies is<br>described on the form used as an "Adaptation<br>Agreement" dated the 8th day of August. 1978<br>by and between Victor Willis, as grantor, but<br>described on the form used as "Adapter" and Can't<br>Stop Music, a division of Can't Stop Productions,<br>Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight<br>on the 16th day of May 2013 or 15th day of June 2013 |

**11.** **Song Title**          **In The Navy**

| | |
|---|---|
| Author(s) Executing Grant | Victor Willis |
| Registration No. and Date | PA-27-111/<br>3-13-1979 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright<br>claimant on original copyright registration, and<br>as purported successor in interest to Can't Stop<br>Music, a division of Can't Stop Productions,<br>Inc,<br>                    and<br>(2) Can't Stop Music, a division of Can't<br>Stop Productions, Inc., as original publisher and<br>original grantee of Victor Willis of the copyright |
| Publication Date | 05 March 1979 |
| Agreement and Date | The grant to which this notification applies is<br>described on the form used as an "Adaptation<br>Agreement" dated the 12th day of February 1979<br>by and between Victor Willis, as grantor, but<br>described on the form used as "Adapter" and Can't |

Page 9 of 26

Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher".

Effective Date

Termination is to become effective at midnight on the 6th day of March 2014

12.  **Song Title**                              **Go West**

Author(s) Executing Grant          Victor Willis

Registration No. and Date          PA-29-525/
                                   4-9-1979

Claimant(s)                        (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc.,
                                   and
                                   (2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright

Publication Date                   23 March 1979

Agreement and Date                 The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 12th day of February 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher".

Effective Date                     Termination is to become effective at midnight on the 24th day of March 2014

13.  **Song Title**                              **Get Away Holiday**

Author(s) Executing Grant          Victor Willis

Registration No. and Date          PA29-528/
                                   4-9-1979

| | |
|---|---|
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc, and<br>(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright |
| Publication Date | 23 March 1979 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 12th day of February 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 24th day of March 2014 |

14. **Song Title**          **I Wanna Shake Your Hand**

| | |
|---|---|
| Author(s) Executing Grant | Victor Willis |
| Registration No. and Date | PA-29-527/<br>4-9-1979 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc, and<br>(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright |
| Publication Date | 23 March 1979 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation |

Agreement" dated the 12th day of February 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher".

Effective Date

Termination is to become effective at midnight on the 24th day of March 2014

15. **Song Title**

**Citizens of the World**

Author(s) Executing Grant

Victor Willis

Registration No. and Date

PA-29-526/
4-9-1979

Claimant(s)

(1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc,

and

(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright

Publication Date

23 March 1979

Agreement and Date

The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 12th day of February 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher".

Effective Date

Termination is to become effective at midnight on the 24th day of March 2014

16. **Song Title**

**Manhattan Woman**

| | |
|---|---|
| Author(s) Executing Grant | Victor Willis |
| Registration No. and Date | PA-27-112/<br>3-13-1979 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc,<br><br>                             and<br><br>(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright |
| Publication Date | 05 March 1979 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 12th day of February 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 6th day of March 2014 |

17.   **Song Title**

| | |
|---|---|
| | **Where Are The Men** |
| Author(s) Executing Grant | Victor Willis |
| Registration No. and Date | PA-40-226/<br>8-3-1979 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc,<br>                             and |

|  | (2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright |
|---|---|
| Publication Date | 02 July 1979 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 15th day of May 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 3rd day of July 2014 |

**18. Song Title**                     **It's A Man's World**

| Author(s) Executing Grant | Victor Willis |
|---|---|
| Registration No. and Date | PA-40-225/ 8-3-1979 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc. and (2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright |
| Publication Date | 02 July 1979 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 15th day of May 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |

Effective Date                    Termination is to become effective at midnight
                                  on the 3rd day of July 2014

**19.**   **Song Title**              **Sexy Man**

Author(s) Executing Grant         Victor Willis

Registration No. and Date         PA-40-227/
                                  8-3-1979

Claimant(s)                       (1) Scorpio Music (aka Black Scorpio) as copyright
                                  claimant on original copyright registration, and
                                  as purported successor in interest to Can't Stop
                                  Music, a division of Can't Stop Productions, Inc,
                                                    and
                                  (2) Can't Stop Music, a division of Can't
                                  Stop Productions, Inc., as original publisher and
                                  original grantee of Victor Willis of the copyright

Publication Date                  02 July 1979

Agreement and Date                The grant to which this notification applies is
                                  described on the form used as an "Adaptation
                                  Agreement" dated the 15th day of May 1979
                                  by and between Victor Willis, as grantor, but
                                  described on the form used as "Adapter" and Can't
                                  Stop Music, a division of Can't Stop Productions,
                                  Inc., described on the form used as "Publisher".

Effective Date                    Termination is to become effective at midnight
                                  on the 3rd day of July 2014

**20.**   **Song Title**              **Bad Reputation**

Author(s) Executing Grant         Victor Willis

Registration No. and Date         PA-40-224/
                                  8-3-1979

| | |
|---|---|
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc, and |
| | (2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of the copyright |
| Publication Date | 02 July 1979 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 15th day of May 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 3rd day of July 2014 |

21. **Song Title**          **Lady Night**

| | |
|---|---|
| Author(s) Executing Grant | Victor Willis |
| Registration No. and Date | PA-48-434/ 10-24-1979 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc, and |
| | (2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright and |
| | (3) You You Music Editions, described by SACEM as a co-publisher |
| Publication Date | 10 April 1979 |

| | |
|---|---|
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 2nd day of February 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 11th day of April 2014 |

22.  **Song Title**                **Swiss Kiss**

| | |
|---|---|
| Author(s) Executing Grant | Victor Willis |
| Registration No. and Date | PA-48-435/<br>10-24-1979 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc, and<br>(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright and<br>(3) You You Music Editions, described by SACEM as a co-publisher. |
| Publication Date | 10 April 1979 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 2nd day of February 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 11th day of April 2014 |

| 23. | Song Title | **Viva California** |
|---|---|---|

| | Author(s) Executing Grant | Victor Willis |
|---|---|---|

| | Registration No. and Date | PA-48-436/<br>10-24-1979 |
|---|---|---|

Claimant(s)

(1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc., and

(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright and

(3) You You Music Editions, described by SACEM as a co-publisher

Publication Date    10 April 1979

Agreement and Date    The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 2nd day of February 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher".

Effective Date    Termination is to become effective at midnight on the 11th day of April 2014

| 24. | Song Title | **The Gay Paris** |
|---|---|---|

| | Author(s) Executing Grant | Victor Willis |
|---|---|---|

| | Registration No. and Date | PA-48-437/<br>10-24-1979 |
|---|---|---|

Page of 26

Claimant(s)

(1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Cant Stop Productions, Inc,
and
(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright
and
(3) You You Music Editions, described by SACEM as a co-publisher

Publication Date

10 April 1979

Agreement and Date

The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 2nd day of February 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher".

Effective Date

Termination is to become effective at midnight on the 11th day of April 2014

25.   **Song Title**                          **French Pillow Talk**

Author(s) Executing Grant        Victor Willis

Registration No. and Date        PA-48-438/
10-24-1979

Claimant(s)

(1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc,
and
(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright

Page 19 of 26

and
(3) You You Music Editions, described by SACEM
as a co-publisher

| | |
|---|---|
| Publication Date | 10 April 1979 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 2nd day of February 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 11th day of April 2014 |

**26.   Song Title**                    **Magic Night**

| | |
|---|---|
| Author(s) Executing Grant | Victor Willis |
| Registration No. and Date | PA-86-058/ 6-19-1980 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc. and (2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright |
| Publication Date | 20May 1980 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 14th day of August 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |

| | | |
|---|---|---|
| Effective Date | | Termination is to become effective at midnight on the 21ˢᵗ day of May 2015 |

27. **Song Title** **Milkshake**

Author(s) Executing Grant Victor Willis

Registration No. and Date PA-86-060/
6-19-1980

Claimant(s) (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc,

and

(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright

Publication Date 20May 1980

Agreement and Date The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 14ᵗʰ day of August 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher".

Effective Date Termination is to become effective at midnight on the 21ˢᵗ day of May 2015

28. **Song Title** **Saint Louis**

Author(s) Executing Grant Victor Willis

Registration No. and Date PA-12-948/
9-11-1978

Page 21 of 26

| | |
|---|---|
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc. and |
| | (2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of the copyright |
| Publication Date | 14 June 1978 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" that is undated but reasonably believed to have been entered into subsequent to 1/1/1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 15th day of June 2013 |

**29.  Song Title**                       **Broadway**

| | |
|---|---|
| Author(s) Executing Grant | Victor Willis |
| Registration No. and Date | PA-12-949/ 9-11-1978 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc. and |
| | (2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of the copyright |
| Publication Date | 14 June 1978 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation |

|  | Agreement" that is undated but reasonably believed to have been entered into subsequent to 1/1/1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
|---|---|
| Effective Date | Termination is to become effective at midnight on the 15th day of June 2013 |

**30.**  **Song Title**  **Star of Paris**

| Author(s) Executing Grant | Victor Willis |
|---|---|
| Registration No. and Date | PA-12-950/ 9-11-1978 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc. and <br> (2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of the copyright |
| Publication Date | 14 June 1978 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" that is undated but reasonably believed to have been entered into subsequent to 1/1/1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective date | Termination is to become effective at midnight on the 15th day of June 2013 |

**31.**  **Song Title**  **Josephine Superstar**

| | |
|---|---|
| Author(s) Executing Grant | Victor Willis |
| Registration No. and Date | PA-12-952/<br>9-11-1978 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Cant Stop Productions, Inc, and<br>(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of the copyright |
| Publication Date | 14 June 1978 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" that is undated but reasonably believed to have been entered into subsequent to 1/1/1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 15th day of June 2013 |

**32.   Song Title**                  **Around the World**

| | |
|---|---|
| Author(s) Executing Grant | Victor Willis |
| Registration No. and Date | PA-12-951/<br>9-11-1978 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc, and |

|  | (2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of the copyright |
|---|---|
| Publication Date | 14 June 1978 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" that is undated but reasonably believed to have been entered into subsequent to 1/1/1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 15th day of June 2013 |

| 33. | **Song Title** | **Don't Cry Mommy** |
|---|---|---|
|  | Author(s) Executing Grant | Victor Willis |
|  | Registration No. and Date | PA-12-953/ 9-11-1978 |
|  | Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc, and<br>(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of the copyright |
|  | Publication Date | 14 June 1978 |
|  | Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" that is undated but reasonably believed to have been entered into subsequent to 1/1/1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't |

Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher".

Effective Date                   Termination is to become effective at midnight on the 15th day of June 2013