SCOTT+SCOTT LLP
Walter W. Noss (277580)
Kristen M. Anderson (246108)
707 Broadway, 10th Floor
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: wnoss@scott-scott.com
    kanderson@scott-scott.com

-and-

CAPLAN & ROSS, LLP
Brian D. Caplan (*pro hac vice* pending)
Jonathan J. Ross (*pro hac vice* pending)
270 Madison Avenue, 13th Floor
New York, NY 10016
Telephone: (212) 973-2376
Facsimile: (212) 661-4290
Email: bcaplan@caplanross.com
    jross@caplanross.com

*Attorneys for Defendant Victor Willis*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCORPIO MUSIC (BLACK SCORPIO) S.A. and CAN'T STOP PRODUCTIONS, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>VICTOR WILLIS<br><br>Defendant. | Case No. 3:11-CV-01557-BTM (RBB)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT**<br><br>Date: November 18, 2011<br>Time: 11:00 a.m.<br>Courtroom: 15 – Fifth Floor<br>Judge: Hon. Barry T. Moskowitz<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY COURT** |

1     **PLEASE TAKE NOTICE** that upon the annexed Declaration of Brian D. Caplan, and the exhibits annexed thereto, the accompanying Memorandum of Points and Authorities, and all prior pleadings and proceedings herein, Defendant Victor Willis, by and through his counsel of record, Scott+Scott LLP and Caplan & Ross, LLP, will move this Court on November 15, 2011, at 11:00 a.m., before the Honorable Barry Moskowitz in Courtroom 15 of the United States District Court for the Southern District of California, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, (i) dismissing the Complaint in its entirety with prejudice, and without leave to amend, on the grounds of failure to state a cause of action upon which relief can be granted; and (ii) for such other and further relief that to this Court seems just, proper and equitable.

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to CivLR 7.1(e)(2), opposition papers, if any, are to be filed and served not later than 14 calendar days prior to the noticed hearing.

DATED: September 26, 2011      Respectfully Submitted,

SCOTT+SCOTT LLP

    /s/  Walter W. Noss
    WALTER W. NOSS

Walter W. Noss (277580)
Kristen M. Anderson (246108)
707 Broadway, 10th Floor
San Diego, CA  92101
Telephone:  (619) 233-4565
Facsimile:  (619) 233-0508

-and-

CAPLAN & ROSS, LLP
Brian D. Caplan (*pro hac vice* pending)
Jonathan J. Ross (*pro hac vice* pending)
270 Madison Avenue, 13th Floor
New York, NY 10016
Telephone:  (212) 973-2376
Facsimile:  (212) 661-4290
Email: bcaplan@caplanross.com
       jross@caplanross.com

*Attorneys for Defendant Victor Willis*

---

Notice of Motion and Motion      1      Case No. 3:11-CV-01557-BTM (RBB)
to Dismiss the Complaint