# EXHIBIT A

1   Robert S. Besser (SBN 46541)
    LAW OFFICES OF ROBERT S. BESSER
2   1221 Second Street, Suite 300
    Santa Monica, California 90401
3   TEL: (310) 394-6611
    Fax:   (310) 394-6613
4
    Attorneys for Plaintiffs
5   CAN'T STOP PRODUCTIONS AND
    SCORPIO MUSIC (BLACK SCORPIO) S.A.
6
7                    UNITED STATES DISTRICT COURT
8                  SOUTHERN DISTRICT OF CALIFORNIA
9
10  SCORPIO MUSIC (BLACK SCORPIO)        Case No.
11  S. A. and CAN'T STOP PRODUCTIONS,              '11 CV1557 BTM RBB
    INC.
12
           Plaintiff,                    COMPLAINT FOR DECLARATORY
13                                        RELIEF
    vs.
14
    VICTOR WILLIS
15
16         Defendant.
                                    /
17
18         By this action, Plaintiffs Scorpio Music, S.A. and Can't Stop Productions, Inc., seek
19  a declaration of this Court that Defendant Victor Willis' attempt to exercise rights of
20  recapture pursuant to Section 203(a) of the United States Copyright Act (17 U. S. C. §
    203(a)) is void and of no force or effect and in support thereof allege as follows:
21
22                                  The Parties
23         1.      Plaintiff Scorpio Music (Black Scorpio), S.A. ("Scorpio Music") is a corporation
24  duly organized and existing under the laws of the nation of France and having as its
25  principal place of business at 92, Avenue Kleber, 75116 Paris, France.  At all relevant
26
27                                      -1-
28  _____
                    COMPLAINT FOR DECLARATORY RELIEF

*Exhibit A*

/

1   times Scorpio Music was, and continues to be a company engaged in the business of

2   publishing and otherwise commercially exploiting musical compositions.

3        2.     Plaintiff Can't Stop Productions, Inc. ("Can't Stop") is a corporation duly

4   organized and existing under the laws of the State of New York and having its principal

5   place of business at 1995 Broadway, 16th Floor, New York, New York 10023.  At all

6   relevant times Can't Stop, through its division, Can't Stop Music, was and continues to

7   be a company engaged in the business of publishing and otherwise commercially

8   exploiting musical compositions.

9        3.     Defendant Victor Willis, upon information and belief, is  a citizen of the

10  State of California residing at 9115 Judicial Drive, No. 4521,  San Diego, California

11  92122

12       4.     Plaintiff Can't Stop, at all relevant times was and continues to be the

13  exclusive sub-publisher and administrator in the United States of musical compositions

14  published and owned by Scorpio Music.  In that capacity Can't Stop represents

15  Scorpio Music in the commercial exploitation of Scorpio Music's musical compositions,

16  including enforcing Scorpio Music's rights in those compositions.

17

18                              Jurisdiction and Venue

19

20       5.     The jurisdiction of this Court is based upon 28 U.S.C. Sections 1331 and

21  1338(a) in that the controversy arises under an Act of Congress relating to copyright;

22  to wit, the copyright laws of the United States (17 U.S.C. Section 101 *et seq.*).  This

23  action, to the extent that it seeks declaratory relief, is also brought under 28 U.S.C.

24  Section 2201 and Rule 57 of the Federal Rules of Civil Procedure.

25

26

27                              -2-

28                     COMPLAINT FOR DECLARATORY RELIEF

*Exhibit A*
*2*

6.  Venue is proper under 28 U.S.C. Section 1391(b) in that defendant Willis resides in the City of San Diego, State of California.

### The Facts

7.  Between 1977 and 1979 defendant Willis entered into a series of agreements  with Can't Stop which were denoted as "Adaptation Agreements" (the "Agreements")

8.  Pursuant to the terms of the Agreements Can't Stop, acting on behalf of Scorpio Music,  hired defendant to translate the lyrics of and/or create new lyrics for certain musical compositions which were owned and published in France by Scorpio Music.

9.  Can't Stop instructed defendant Willis concerning what English lyrics it desired him to provide, and supervised defendant Willis' work in this regard by, among other things, providing him with, and paying for, the facilities in which he rendered  his services.

10.  Defendant Willis, in accordance with the terms of the Agreements, wrote and/or translated some, but not all of the English lyrics of these compositions.

11.  Can't Stop thereupon assigned to Scorpio Music its rights in the lyrics provided by defendant Willis, and filed, on behalf of Scorpio Music, copyright registrations in the United States Library of Congress, Copyright Office, for the songs containing these lyrics.

12.  The registrations credited defendant Willis as being one of several writers on each of the compositions.

13.  Defendant Willis has received for more than thirty years, as compensation for his services and in accordance with the terms of the Agreements, a percentage of Can't Stop's receipts from the commercial exploitation of these compositions, which percentages range from 12% to 20% depending upon the composition.

-3-

COMPLAINT FOR DECLARATORY RELIEF

*Exhibit A*
*3*

## Defendant Willis Wrongly Seeks to Terminate Copyright Ownership

14. In January 2011 defendant Willis served upon Can't Stop a "Notice of Termination of Post 1977 Grants of Copyright on Certain Works of Victor Willis" (the "Notice"). A true and exact copy of the Notice is attached hereto as Exhibit "A" and incorporated herein by this reference.

15. The Notice purports to terminate the rights of, among others, Scorpio Music and its agent, Can't Stop, in certain of the compositions (the "Compositions") which are enumerated in Schedule A of the Notice.

16. The Notice incorrectly states that Defendant Willis is "the author of the Works and the sole grantor of the rights under the Agreements," and wrongfully suggests that the entire copyright in all the Compositions should be reassigned to him at the expiration of the thirty- five year period set forth in the Copyright Law for songs in which the grant of a transfer of copyright was allegedly executed by defendant Willis on or after January 1, 1978.

## Defendant Willis Refuses to Withdraw Notice Despite Can't Stop's
## Response Setting  Forth the Errors in His Position

17. Can't Stop responded to the Notice by writing to Defendant Willis' attorney explaining that Defendant Willis had no legitimate right to seek the termination of Scorpio Music's copyright ownership, and demanding that the Notice be withdrawn.

18. Defendant Willis, through his attorney, has refused to withdraw the Notice.

19. That refusal is contrary to the facts and the governing law.

-4-

COMPLAINT FOR DECLARATORY RELIEF

*Exhibit A*
*4*

<u>Defendant Willis Cannot Terminate Copyright Assignment in Joint Work</u>

20.   The Compositions, in their English language versions, are joint works written by more than one person.

21.   In accordance with the Copyright Law joint works are considered as a "unitary whole" with each contributor's part "merged into inseparable or interdependent parts of a unitary whole" 17 U.S.C. Section 101.

22.   Each of writers of the Compositions granted their copyright interests, if any, either to Can't Stop, as the agent of Scorpio Music, or to Scorpio Music itself.

23.   While defendant Willis signed the Agreements, the other writers of the Compositions signed songwriter agreements with Scorpio Music.

24.   17 U.S.C. Section 203(a)(1) provides that "[i]n the case of a grant executed by two or more authors of a joint work, termination of the grant may be effected by a majority of the authors who executed it."

25.   Defendant Willis, simply because he signed documents different from the ones signed by the other authors of the same joint works, is neither the sole grantor nor only author of any of the Compositions and hence, he is not a "majority of authors." As a result, defendant Willis could not terminate the copyright assignment for any of the Compositions without at least one other writer joining with him for such Composition. Willis' attempt to do so is, therefore, void as to all of the Compositions.

<u>Alternatively, Can't Stop Employed Defendant Willis as a Writer for Hire  and He Therefore Has No Rights in Copyrights</u>

26.   In the alternative, pursuant to the Agreements, Can't Stop employed defendant Willis and, hence, he is a writer for hire with no right in the copyrights to the Compositions for which he provided some English lyrics.

-5-

Exhibit A

5.

27.   In addition to the Agreements establishing defendant Willis' "writer for hire" status, the circumstances pursuant to which defendant Willis rendered his services confirm that he functioned as an employee of Can't Stop.

28.   Can't Stop, as part of its regular business of representing Scorpio Music in the United States, supervised and controlled the manner and means by which defendant Willis worked, including its location and duration, as well as the substance and meaning of the lyrics to be provided.

29.   The Compositions, with some of the  English lyrics  provided by defendant Willis, appeared as parts of record albums (i.e., collective works), further qualifying defendant Willis' contribution to the Compositions as being works made for hire pursuant to the provisions of 17 U.S.C. Section 101(2).

30.   Section 203(a) of the U. S. Copyright Act, under which Willis purports to exercise his rights, specifically <u>excludes</u> works made for hire.

## Defendant Willis' Claim is Time-Barred

31.   Defendant Willis entered into the Agreements more than thirty years ago.

32.   During this period Can't Stop, pursuant to the terms of the Agreements, has paid him hundreds of thousands of dollars.

33.   Equitable concepts such as laches and estoppel, as well as the relevant statute of limitations, preclude any attempt by defendant Willis to contest the validity of his status as a writer for hire.

-6-

COMPLAINT FOR DECLARATORY RELIEF

Exhibit A
6

### Even If Defendant Willis Has Recapture Rights He Cannot Obtain a Greater Proportion of the Copyright in the Compositions Than His Percentage Set Forth in the Agreements

34.   Upon information and belief, defendant Willis claims the right to recapture at least half (i.e., fifty percent) of the copyrights in each of the Compositions.

35.   Upon information and belief, defendant Willis ignores the existence of other people listed as writers of the Compositions to claim that he, alone, wrote all of their lyrics.

36.   Although, as noted above, defendant Willis has no right to any portion of the copyrights, and the statute of limitations and equitable doctrines preclude him from disputing authorship attribution, in the event it is found otherwise, defendant Willis' maximum reversionary share of the copyright should be governed by, and be equal to, the percentage of royalties set forth in the Agreements which defendant Willis received as his compensation for services rendered.

37.   The percentage referred to in paragraph 36, above, ranges from 12 to 20%.

### Defendant Willis Cannot Terminate Existing Licenses and Derivative Works

38. Even if Willis is found to have the right to terminate his alleged copyright transfer relating to the Compositions, he is precluded from terminating any licenses issued, or derivative works authorized, by Plaintiffs, which existed prior to the termination of the copyright assignment.

### Claim

39.   Plaintiff Can't Stop repeats and realleges each and every allegation set forth in paragraphs 1 through 39 hereof with the same force and effect as if more fully set forth herein.

-7-

Exhibit A

7

40.   In order to resolve this controversy, plaintiff Can't Stop requests, pursuant to 28 U.S.C. Section 2201 and, Rule 57 of the Federal Rules of Civil Procedure, that this Court declare the respective rights and duties of the parties in this matter and, in particular, that the Court (a) declare that the Notice is invalid, (b) that the Notice should be voided *ab initio*, and (c) that it be held that defendant Willis cannot recover any portion of the copyrights in the Compositions.

Declaration

41.   An actual case and controversy exists sufficient for this Court to declare the rights and remedies of the parties in that there is a dispute between the parties concerning whether defendant Willis can terminate the rights of Can't Stop and Scorpio Music in the Compositions.

42.   Plaintiffs Can't Stop and Scorpio Music have the requisite standing to request this declaration since they are the United States sub-publisher and worldwide publisher, respectively, of the Compositions, and Scorpio Music will lose a portion of its copyright ownership in the United States in the Compositions in the event that defendant Willis prevails.

43.   This controversy is ripe for determination at this time because, according to the Copyright Law, ownership rights vested on the date the Notice was served and the termination of copyrights, absent a declaration by the Court to the contrary, will become effective beginning at the end of thirty-five years from the date of the Agreements. In the case of specific Compositions, the effective dates, depending on the particular Composition, begin in 2013.

44.   The threat of the termination of a portion of the United States copyright in the Compositions casts a pall on the assets of the Compositions, diminishes their value, and complicates the ability of Can't Stop to commercially exploit them.

45.   A decision on this issue is therefore needed as soon as possible.

-8-

COMPLAINT FOR DECLARATORY RELIEF

*Exhibit A*
*8*

46. Plaintiffs have no adequate remedy at law.

WHEREFORE, Plaintiffs Can't Stop Productions, Inc. and Scorpio Music (Black Scorpio) S.A. pray that this Court:

a.      Render a declaratory judgment providing that defendant Victor Willis has no right, title or interest in the copyrights to the Compositions;

b.      Enter an order requiring defendant Willis to withdraw the Notice of Termination and submit to the United States Copyright Office whatever written document(s) it requires to effectuate such withdrawal, with copies to Plaintiffs;

c.      Enter an order enjoining defendant Victor Willis, or any of his agents, licensees, representatives or assignees, from making any claims to the copyrights in the Compositions or in any other manner encumbering or restricting Can't Stop Productions, Inc.'s and Scorpio Music (Black Scorpio) S.A's rights in the Compositions.

d.      In the alternative, and in the event defendant Willis is found to have a right to terminate the rights of Can't Stop Productions, Inc. and Scorpio Music (Black Scorpio) S.A. in the Compositions, that such reversion of rights to defendant Willis (i) be limited to the same percentage ownership as he receives as compensation relating to the Compositions and as set forth in the Agreements; and (ii) that defendant Willis be enjoined from terminating any licenses issued, or derivative works authorized, by Plaintiffs, which existed prior to the termination of the copyright assignment.

e.      Award plaintiff Can't Stop Productions, Inc. and Scorpio Music (Black Scorpio) S.A. their costs and disbursements incurred in this suit, together with a reasonable allowance for counsel fees as provided by Section 505 of the Copyright Act, 17 U.S.C. Section 505.

-9-

Exhibit A
9

f.      Grant such other and further relief as the Court may deem just and proper.

Dated:        July 14, 2011

                                        LAW OFFICES OF ROBERT S. BESSER

                                        By _____
                                             ROBERT S. BESSER
                                        Attorneys for Plaintiffs, CAN'T STOP
                                        PRODUCTIONS AND SCORPIO MUSIC
                                        (BLACK SCORPIO) S.A.

-10-

COMPLAINT FOR DECLARATORY RELIEF

*Exhibit A*
*10*

**JS 44** (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

SCORPIO MUSIC (BLACK SCORPIO) S.A. and CAN'T STOP
PRODUCTIONS, INC.

**(b)** County of Residence of First Listed Plaintiff   Paris, France
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

LAW OFFICES OF ROBERT S. BESSER (310) 394-6611
1221 Second Street, Third Floor, Santa Monica, CA 90401

## DEFENDANTS

VICTOR WILLIS

County of Residence of First Listed Defendant   San Diego
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)

**'11CV1557 BTM RBB**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government
  Plaintiff
- ☐ 2  U.S. Government
  Defendant
- ☒ 3  Federal Question
  (U.S. Government Not a Party)
- ☐ 4  Diversity
  (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 U.S.C. Sections 101 et seq.
Brief description of cause:
Declaratory relief re attempt by Defendant to recapture copyrights

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23     DEMAND $     CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):     JUDGE _____     DOCKET NUMBER _____

DATE
07/14/2011

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT #         AMOUNT         APPLYING IFP         JUDGE         MAG. JUDGE

*Exhibit A*
*11*

# EXHIBIT "A"

Exhibit A
12

# Harold Seider

8212 De Longpre Avenue
Los Angeles, California 90046
323-650-0130

## VIA FIRST CLASS REGULAR MAIL

Date: January 21, 2011

c/o   Can't Stop Productions, Inc.,
Jay L. Wallberg
Markum and Kleigman
655 Third Avenue 16th Floor
New York, NY 10017

and

c/o   Can't Stop Music, a division of Can't Stop Productions, Inc
Stephen L. Kopitko, Esq..
1995 Broadway 16th Floor
New York, NY 10023

and

Scorpio Music and Black Scorpio SARL
92 Avenue Kleber
75116 Paris France

and

Francis Dreyfus Music and Societe Dreyfus Music Francis
26 Avenue Kleber
75116 Paris France

and

Universal Music Publishing MGB France and Le Rideau Rouge Editions SA
16 Rue Des Fosses Saint Jacques
75005 Paris France

and

You You Music Editions
29 Avenue Mac Mahon
75809 Paris Cedex 17, France

Re: Notice of Termination of Post 1977 Grants of
Copyright on Certain Works of Victor Willis

Sirs:

   **PLEASE TAKE NOTICE** that, pursuant to Section 203(a) of the U.S. Copyright Act of 1976, 17
U.S.C. §203(a), Victor Willis hereby terminates the grants of rights for certain musical works of Victor
Willis (the "Work(s)"), including, but not limited to copyright, all publication rights and all rights under

Exhibit A
13

copyright, made pursuant to the applicable agreements ("Agreement(s)") referenced beside each Work set forth on the Schedule "A" attached hereto and incorporated herein by this reference ("Schedule")  The attached Schedule identifies for each Work,  the applicable  (i) Effective Date of Termination, (ii) Agreement and Execution Date , (iii) Original Grantee(s) and /or the Purported Successor(s) in Interest, (iv) Registration Numbers and Dates, and (v) Date(s) of Publication of the Works.

Based upon reasonable investigation of the records of the NYS Department of State Division of Corporations, BMI, SACEM and the United States Copyright Office, it appears that each of you, at the respective addresses noted above, are or may be the current owners of or claimants to the rights in and to one of more of the Works under the Agreements, as specifically set forth on the attached Schedule. Accordingly, service of this Notice of Termination is being made upon each of you at the addresses noted above.

This Notice is served upon you and effected by Victor Willis, the author of the Works and the sole grantor of the rights under the Agreements, by and through his attorney-in-fact and authorized agent, Harold Seider, c/o of the address first listed above.

The undersigned represents that he is the duly authorized agent of Victor Willis

Thank you for your cooperation.

Very truly yours,

HAROLD SEIDER
As Attorney-in-fact and Duly Authorized
Agent of Victor Willis

cc:     Victor Willis w/encls.
        Brian D. Caplan, Esq. w/encls

Exhibit A
14

**SCHEDULE  A**
**to**
**NOTICE of TERMINATION**
**OF A GRANT OF TRANSFER OF COPYRIGHT**
**(pursuant to Section 203 of the Copyright Act, 17 U.S.C. 203)**

**Dated the _____ day of January, 2011**

1.      **Song Title**                        Y. M. C. A.

        **Author(s) Executing Grant**     Victor Willis

        **Registration No. and Date**     PA-25-983/
                                         1-22-1979

        **Claimant(s)**                   (1) Scorpio Music (aka Black Scorpio) as copyright
                                         claimant on original copyright registration, and as
                                         purported successor in interest to Can't Stop
                                         Music, a division of Can't Stop Productions, Inc.
                                                         **and**
                                         (2) Can't Stop Music, a division of Can't
                                         Stop Productions, Inc., as original publisher and
                                         original grantee of Victor Willis of the copyright

        **Publication Date**              12 September 1978

        **Agreement and Date**            The grant to which this notification applies is
                                         described on the form used as an "Adaptation
                                         Agreement" dated the 8th day of August, 1978
                                         by and between Victor Willis, as grantor, but
                                         described on the form used as "Adapter" and Can't
                                         Stop Music, a division of Can't Stop Productions,
                                         Inc., described on the form used as "Publisher".

        **Effective Date**                Termination is to become effective at midnight
                                         on the 13th day of September 2013

2.      **Song Title**                        **I'm A Cruiser**

        **Author(s) Executing Grant**     **Victor Willis**

Page 1 of 26

*Exhibit A*
*15*

| | |
|---|---|
| Registration No. and Date | PA-19-712/<br>12/11/1978 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright<br>claimant on original copyright registration, and as<br>purported successor in interest to Can't Stop<br>Music, a division of Can't Stop Productions, Inc.,<br>and<br>(2) Can't Stop Music, a division of Can't<br>Stop Productions, Inc., as original publisher and<br>original grantee of Victor Willis of the copyright |
| Publication Date | 12 September 1978 |
| Agreement and Date | The grant to which this notification applies is<br>described on the form used as an "Adaptation<br>Agreement" dated the 8th day of August, 1978<br>by and between Victor Willis, as grantor, but<br>described on the form used as "Adapter" and Can't<br>Stop Music, a division of Can't Stop Productions,<br>Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight<br>on the 13th day of September 2013 |

3.    **Song Title**                                    **Hot Cop**

Author(s) Executing Grant                    Victor Willis

Registration No. and Date                    PA-19-713/
                                             12-11-1978

Claimant(s)                                  (1) Scorpio Music (aka Black Scorpio) as copyright
                                             claimant on original copyright registration, and as
                                             purported successor in interest to Can't Stop
                                             Music, a division of Can't Stop Productions, Inc.,
                                                          and
                                             (2) Can't Stop Music, a division of Can't
                                             Stop Productions, Inc., as original publisher and
                                             original grantee of Victor Willis of the copyright

Publication Date                             12 September 1978

*Exhibit A*
*16*

| | | |
|---|---|---|
| Agreement and Date | | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 8th day of August, 1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective date | | Termination is to become effective at midnight on the 13th day of September 2013 |

4.  **Song Title**            **Ups and Downs**

Author(s) Executing Grant    Victor Willis

Registration No. and Date    PA-19-715/
12-11-1978

Claimant(s)    (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc.
and
(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright

Publication Date    12 September 1978

Agreement and Date    The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 8th day of August, 1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher".

Effective Date    Termination is to become effective at midnight on the 13th day of September 2013

5.  **Song Title**            **My Roomate**

Page 3 of 26

*Exhibit A*
*17*

| | |
|---|---|
| Author(s) Executing Grant | Victor Willis |
| Registration No. and Date | PA-19-714/<br>12-11-1978 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc. and<br>(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright |
| Publication Date | 12 September 1978 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 8th day of August, 1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 13th day of September 2013 |

6. **Song Title** — **The Women**

| | |
|---|---|
| Author(s) Executing Grant | Victor Willis |
| Registration No. and Date | PA-19-711/<br>12-11-1978 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc, and |

Page 4 of 26

Exhibit A
18

|                |                                                                                                                                                                                                                                                   |
|----------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|                | (2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright                                                                                                      |
| Publication Date | 12 September 1978                                                                                                                                                                                                                                |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 8th day of August, 1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 13th day of September 2013 |

7. **Song Title**                    **I Love America**

Author(s) Executing Grant            Victor Willis

Registration No. and Date            PA-38-593/
                                     6-20-1979 (Supplemental filing)
                                     to PA-29-910/
                                     2-15-1979 (initial filing)

Claimant(s)                          (1) Scorpio Music (aka Black Scorpio) as copyright
                                     claimant on Supplemental copyright
                                     registration (PA-38-593), and as purported
                                     successor in interest to Can't Stop Music, a
                                     division of Can't Stop Productions, Inc.
                                                  and
                                     (2) Can't Stop Music, a division of Can't
                                     Stop Productions, Inc., as original publisher and
                                     original grantee of Victor Willis of the copyright
                                                  and
                                     (3) Lerideau Rouge, as copyright claimant on
                                     initial copyright registration (PA-29-910)
                                                  and
                                     (4) Francis Dreyfus Music, as copyright claimant on
                                     initial copyright registration (PA-29-910)

Exhibit A
19

and

(5) You You Music Editions, as possible successor in interest of Lerideau Rouge and Francis Dreyfus Music, and described by SACEM as a co-publisher

| | |
|---|---|
| Publication Date | 14 June 1978 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 13th day of February, 1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 15th day of June 2013 |

8.  **Song Title**                          **Got A Feeling**

Author(s) Executing Grant          Victor Willis

Registration No. and Date          PA29-908/
                                   2-15-1979 (Initial filing)
                                   PA-38-592/
                                   6-20- 1979 (Supplemental filing)

Claimant(s)                        (1) Scorpio Music (aka Black Scorpio) as copyright claimant on Supplemental copyright registration, (38-592) and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc,
                                   and
                                   (2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright
                                   and
                                   (3) Lerideau Rouge, as copyright claimant on initial copyright registration (PA-29-908)
                                   and
                                   (4) Francis Dreyfus Music, as copyright claimant on

Page 6 of  26

*Exhibit A*
*20*

initial copyright registration (PA-29-908)
and
(5) You You Music Editions, as possible successor
in interest of Lerideau Rouge and Francis
Dreyfus Music, and described by SACEM as a co-
publisher

| | |
|---|---|
| Publication Date | 14 June 1978 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 13th day of February, 1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 15th day of June 2013 |

9.  **Song Title**               **Another Lonely Man**

Author(s) Executing Grant     Victor Willis

Registration No. and Date     PA29-909/
2-15-1979 (Initial filing)
PA-38-594/
6-20-1979 (Supplemental filing)

Claimant(s)                   (1) Scorpio Music (aka Black Scorpio) as copyright
claimant on Supplemental copyright registration.
(38-594) and as purported successor in interest to
Can't Stop Music, a division of Can't Stop
Productions, Inc.
and
(2) Can't Stop Music, a division of Can't
Stop Productions, Inc., as original publisher and
original grantee of the copyright
and
(3) Lerideau Rouge, as copyright claimant on
initial copyright registration (PA-29-909)
and

Page 7 of 26

*Exhibit A*
*21*

|  |  |
|---|---|
| | (4) Francis Dreyfus Music, as copyright claimant on initial copyright registration (PA-29-909) |
| | and |
| | (5) You You Music Editions, as possible successor in interest of Lerideau Rouge and Francis Dreyfus Music, and described by SACEM as a co-publisher |
| Publication Date | 14 June 1978 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 13th day of February, 1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 15th day of June 2013 |

**10.**  **Song Title**            **Where Is My Woman**

Author(s) Executing Grant      Victor Willis

Registration No. and Date      Pau 25-296/
                               6-06-1978

Claimant(s)                    (1) Scorpio Music (aka Black Scorpio) as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc,
                               and
                               (2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright of English lyrics
                               and
                               (3) Lerideau Rouge as original copyright claimant
                               and
                               (4) Francis Dreyfus Music as original copyright claimant

Page 8 of 26

Exhibit A
22

|  |  |
|---|---|
| Publication Date | 15 May 1978 or 14 June 1978 (included on Casablanca album NBLP 7101 released as indicated on copyright registration no. SR000001612 dated 1978-06-02 for this album) |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 8th day of August. 1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 16th day of May 2013 or 15th day of June 2013 |

**11.   Song Title**                  **In The Navy**

| Author(s) Executing Grant | Victor Willis |
|---|---|
| Registration No. and Date | PA-27-111/ 3-13-1979 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc., |
|  | and |
|  | (2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright |
| Publication Date | 05 March 1979 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 12th day of February 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't |

Page 9 of 26

*Exhibit A*
*23*

|  |  |
|---|---|
|  | Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 6th day of March 2014 |

**12.** **Song Title** **Go West**

Author(s) Executing Grant      Victor Willis

Registration No. and Date      PA-29-525/
                               4-9-1979

Claimant(s)                    (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc.,
                               and
                               (2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright

Publication Date               23 March 1979

Agreement and Date             The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 12th day of February 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher".

Effective Date                 Termination is to become effective at midnight on the 24th day of March 2014

**13.** **Song Title** **Get Away Holiday**

Author(s) Executing Grant      Victor Willis

Registration No. and Date      PA29-528/
                               4-9-1979

Page 10 of 26

*Exhibit A*
*2*

Claimant(s)

(1) Scorpio Music (aka Black Scorpio) as copyright
claimant on original copyright registration, and as
purported successor in interest to Can't Stop
Music, a division of Can't Stop Productions, Inc,
and
(2) Can't Stop Music, a division of Can't
Stop Productions, Inc., as original publisher and
original grantee of Victor Willis of the copyright

Publication Date

23 March 1979

Agreement and Date

The grant to which this notification applies is
described on the form used as an "Adaptation
Agreement" dated the 12th day of February 1979
by and between Victor Willis, as grantor, but
described on the form used as "Adapter" and Can't
Stop Music, a division of Can't Stop Productions,
Inc., described on the form used as "Publisher".

Effective Date

Termination is to become effective at midnight
on the 24th day of March 2014

14.   **Song Title**                        **I Wanna Shake Your Hand**

Author(s) Executing Grant        Victor Willis

Registration No. and Date        PA-29-527/
                                 4-9-1979

Claimant(s)

(1) Scorpio Music (aka Black Scorpio) as copyright
claimant on original copyright registration, and
as purported successor in interest to Can't Stop
Music, a division of Can't Stop Productions, Inc,
and
(2) Can't Stop Music, a division of Can't
Stop Productions, Inc., as original publisher and
original grantee of Victor Willis of the copyright

Publication Date

23 March 1979

Agreement and Date

The grant to which this notification applies is
described on the form used as an "Adaptation

Page 11 of 26

Exhibit A
25

Agreement" dated the 12th day of February 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher".

| | |
|---|---|
| Effective Date | Termination is to become effective at midnight on the 24th day of March 2014 |

**15.** **Song Title** — **Citizens of the World**

| | |
|---|---|
| Author(s) Executing Grant | Victor Willis |
| Registration No. and Date | PA-29-526/<br>4-9-1979 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc,<br><br>and<br><br>(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright |
| Publication Date | 23 March 1979 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 12th day of February 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 24th day of March 2014 |

**16.** **Song Title** — **Manhattan Woman**

Page 12 of 26

Exhibit A
26

| | |
|---|---|
| Author(s) Executing Grant | Victor Willis |
| Registration No. and Date | PA-27-112/<br>3-13-1979 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc,<br><br>and<br>(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright |
| Publication Date | 05 March 1979 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 12th day of February 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 6th day of March 2014 |

17.  **Song Title**          **Where Are The Men**

| | |
|---|---|
| Author(s) Executing Grant | Victor Willis |
| Registration No. and Date | PA-40-226/<br>8-3-1979 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc,<br>and |

Exhibit A
27

(2) Can't Stop Music, a division of Can't
Stop Productions, Inc., as original publisher and
original grantee of Victor Willis of the copyright

Publication Date                   02 July 1979

Agreement and Date                 The grant to which this notification applies is
                                   described on the form used as an "Adaptation
                                   Agreement" dated the 15th day of May 1979
                                   by and between Victor Willis, as grantor, but
                                   described on the form used as "Adapter" and Can't
                                   Stop Music, a division of Can't Stop Productions,
                                   Inc., described on the form used as "Publisher".

Effective Date                     Termination is to become effective at midnight
                                   on the 3rd day of July 2014

18.   **Song Title**                   **It's A Man's World**

      Author(s) Executing Grant    Victor Willis

      Registration No. and Date    PA-40-225/
                                   8-3-1979

      Claimant(s)                  (1) Scorpio Music (aka Black Scorpio) as copyright
                                   claimant on original copyright registration, and
                                   as purported successor in interest to Can't Stop
                                   Music, a division of Can't Stop Productions, Inc.
                                                   and
                                   (2) Can't Stop Music, a division of Can't
                                   Stop Productions, Inc., as original publisher and
                                   original grantee of Victor Willis of the copyright

      Publication Date             02 July 1979

      Agreement and Date           The grant to which this notification applies is
                                   described on the form used as an "Adaptation
                                   Agreement" dated the 15th day of May 1979
                                   by and between Victor Willis, as grantor, but
                                   described on the form used as "Adapter" and Can't
                                   Stop Music, a division of Can't Stop Productions,
                                   Inc., described on the form used as "Publisher".

Page 14 of 26

Exhibit A
28

| | | |
|---|---|---|
| | Effective Date | Termination is to become effective at midnight on the 3rd day of July 2014 |
| 19. | **Song Title** | **Sexy Man** |
| | Author(s) Executing Grant | Victor Willis |
| | Registration No. and Date | PA-40-227/ 8-3-1979 |
| | Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc, and (2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright |
| | Publication Date | 02 July 1979 |
| | Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 15th day of May 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| | Effective Date | Termination is to become effective at midnight on the 3rd day of July 2014 |
| 20. | **Song Title** | **Bad Reputation** |
| | Author(s) Executing Grant | Victor Willis |
| | Registration No. and Date | PA-40-224/ 8-3-1979 |

Page 15 of 26

Exhibit A
29

| | |
|---|---|
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc. and<br>(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of the copyright |
| Publication Date | 02 July 1979 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 15th day of May 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 3rd day of July 2014 |

**21.  Song Title**  **Lady Night**

| | |
|---|---|
| Author(s) Executing Grant | Victor Willis |
| Registration No. and Date | PA-48-434/<br>10-24-1979 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Cant Stop Productions, Inc, and<br>(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright and<br>(3) You You Music Editions, described by SACEM as a co-publisher |
| Publication Date | 10 April 1979 |

Page 16 of 26

*Exhibit A*
*30*

| | |
|---|---|
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 2nd day of February 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 11th day of April 2014 |

**22.  Song Title**  **Swiss Kiss**

| | |
|---|---|
| Author(s) Executing Grant | Victor Willis |
| Registration No. and Date | PA-48-435/<br>10-24-1979 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc,<br>and<br>(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright<br>and<br>(3) You You Music Editions, described by SACEM as a co-publisher. |
| Publication Date | 10 April 1979 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 2nd day of February 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 11th day of April 2014 |

Page 17 of 26

Exhibit A
31

| 23. | Song Title | Viva California |
|-----|-----------|-----------------|
| | Author(s) Executing Grant | Victor Willis |
| | Registration No. and Date | PA-48-436/ 10-24-1979 |

| | Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc., and |
|---|---|---|
| | | (2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright and |
| | | (3) You You Music Editions, described by SACEM as a co-publisher |

| | Publication Date | 10 April 1979 |
|---|---|---|
| | Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 2nd day of February 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| | Effective Date | Termination is to become effective at midnight on the 11th day of April 2014 |

| 24. | Song Title | The Gay Paris |
|-----|-----------|---------------|
| | Author(s) Executing Grant | Victor Willis |
| | Registration No. and Date | PA-48-437/ 10-24-1979 |

Exhibit A
32

Page of 26

| | |
|---|---|
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Cant Stop Productions, Inc. and |
| | (2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright and |
| | (3) You You Music Editions, described by SACEM as a co-publisher |
| Publication Date | 10 April 1979 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 2nd day of February 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 11th day of April 2014 |

25.  **Song Title**                 **French Pillow Talk**

Author(s) Executing Grant        Victor Willis

Registration No. and Date        PA-48-438/
                                 10-24-1979

Claimant(s)                      (1) Scorpio Music (aka Black Scorpio) as copyright
                                 claimant on original copyright registration, and as
                                 purported successor in interest to Can't Stop
                                 Music, a division of Can't Stop Productions, Inc.
                                         and
                                 (2) Can't Stop Music, a division of Can't
                                 Stop Productions, Inc., as original publisher and
                                 original grantee of Victor Willis of the copyright

Page 19 of 26

Exhibit A
33

|  |  | and |
|---|---|---|
|  |  | (3) You You Music Editions, described by SACEM as a co-publisher |
|  | Publication Date | 10 April 1979 |
|  | Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 2nd day of February 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
|  | Effective Date | Termination is to become effective at midnight on the 11th day of April 2014 |
| 26. | Song Title | Magic Night |
|  | Author(s) Executing Grant | Victor Willis |
|  | Registration No. and Date | PA-86-058/ 6-19-1980 |
|  | Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc. and (2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright |
|  | Publication Date | 20 May 1980 |
|  | Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 14th day of August 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |

Page 20 of 26

Exhibit A
34

| | | |
|---|---|---|
| | Effective Date | Termination is to become effective at midnight on the 21ˢᵗ day of May 2015 |
| 27. | **Song Title** | **Milkshake** |
| | Author(s) Executing Grant | Victor Willis |
| | Registration No. and Date | PA-86-060/ 6-19-1980 |
| | Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc, and (2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of Victor Willis of the copyright |
| | Publication Date | 20 May 1980 |
| | Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" dated the 14ᵗʰ day of August 1979 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| | Effective Date | Termination is to become effective at midnight on the 21ˢᵗ day of May 2015 |
| 28. | **Song Title** | **Saint Louis** |
| | Author(s) Executing Grant | Victor Willis |
| | Registration No. and Date | PA-12-948/ 9-11-1978 |

Page 21 of 26

Exhibit A
35

| | |
|---|---|
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc, and<br>(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of the copyright |
| Publication Date | 14 June 1978 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" that is undated but reasonably believed to have been entered into subsequent to 1/1/1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 15ᵗʰ day of June 2013 |

29.  **Song Title**            **Broadway**

| | |
|---|---|
| Author(s) Executing Grant | Victor Willis |
| Registration No. and Date | PA-12-949/<br>9-11-1978 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc.<br>and<br>(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of the copyright |
| Publication Date | 14 June 1978 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation |

Exhibit A
36

Agreement" that is undated but reasonably believed to have been entered into subsequent to 1/1/1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher".

Effective Date                    Termination is to become effective at midnight on the 15th day of June 2013

30. **Song Title**                **Star of Paris**

Author(s) Executing Grant        Victor Willis

Registration No. and Date        PA-12-950/
                                  9-11-1978

Claimant(s)                      (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc.
                                                     and
                                  (2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of the copyright

Publication Date                 14 June 1978

Agreement and Date               The grant to which this notification applies is described on the form used as an "Adaptation Agreement" that is undated but reasonably believed to have been entered into subsequent to 1/1/1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher".

Effective date                   Termination is to become effective at midnight on the 15th day of June 2013

31. **Song Title**                **Josephine Superstar**

Page 23 of 26

*Exhibit A*
*37*

| | |
|---|---|
| Author(s) Executing Grant | Victor Willis |
| Registration No. and Date | PA-12-952/ 9-11-1978 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Cant Stop Productions, Inc, and (2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of the copyright |
| Publication Date | 14 June 1978 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" that is undated but reasonably believed to have been entered into subsequent to 1/1/1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 15th day of June 2013 |

32. **Song Title**      **Around the World**

| | |
|---|---|
| Author(s) Executing Grant | Victor Willis |
| Registration No. and Date | PA-12-951/ 9-11-1978 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc, and |

Exhibit A
38

(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of the copyright

| | |
|---|---|
| Publication Date | 14 June 1978 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" that is undated but reasonably believed to have been entered into subsequent to 1/1/1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher". |
| Effective Date | Termination is to become effective at midnight on the 15th day of June 2013 |

**33.   Song Title                        Don't Cry Mommy**

| | |
|---|---|
| Author(s) Executing Grant | Victor Willis |
| Registration No. and Date | PA-12-953/<br>9-11-1978 |
| Claimant(s) | (1) Scorpio Music (aka Black Scorpio) as copyright claimant on original copyright registration, and as purported successor in interest to Can't Stop Music, a division of Can't Stop Productions, Inc, and<br>(2) Can't Stop Music, a division of Can't Stop Productions, Inc., as original publisher and original grantee of the copyright |
| Publication Date | 14 June 1978 |
| Agreement and Date | The grant to which this notification applies is described on the form used as an "Adaptation Agreement" that is undated but reasonably believed to have been entered into subsequent to 1/1/1978 by and between Victor Willis, as grantor, but described on the form used as "Adapter" and Can't |

Page 25 of 26

Exhibit A
39

Stop Music, a division of Can't Stop Productions, Inc., described on the form used as "Publisher".

Effective Date                Termination is to become effective at midnight on the 15th day of June 2013

*Exhibit A*
*40*