1  Steven M. Chasin (SBN 228723)
   BAKER & McKENZIE LLP
2  815 Connecticut Avenue, N.W.
   Washington, D.C. 20006
3  Tel: (202) 835-6132
   Fax: (202) 416-7132
4  Steven.Chasin@bakermckenzie.com

5  -and-

6  BAKER & MCKENZIE LLP
   Carl W. Hampe
7  815 Connecticut Avenue, NW
   Washington, DC 20006-4078
8  Telephone: +1 202 835 4259
   Facsimile: +1 202 416 6979
9  Email: carl.hampe@bakermckenzie.com

10 ATTORNEY AT LAW, PC
   Charles J. Sanders
11 29 Kings Grant Way
   Briarcliff Manor, NY 10510
12 Telephone: +1 914 366 6642
   Facsimile: +1 347 558 9658
13 Email: csanderslaw@aol.com

14 *Attorneys for Amicus Curiae Songwriters' Guild of America*

15
16                    UNITED STATES DISTRICT COURT
17                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  SCORPIO MUSIC (BLACK SCORPIO) S.A. and CAN'T STOP PRODUCTIONS, INC. | Case No. 3:11-CV-01557-BTM (RBB) |
| 19                    Plaintiffs, | **NOTICE OF MOTION AND MOTION OF SONGWRITERS GUILD OF AMERICA FOR LEAVE TO FILE BRIEF AMICUS CURIAE** |
| 20  vs. | |
| 21  VICTOR WILLIS | Date: December 16, 2011 |
| 22                    Defendant. | Time: 11:00 a.m. |
|   | Courtroom: 15 – Fifth Floor |
| 23 | Judge: Hon. Barry T. Moskowitz |
| 24 | |
| 25 | **PER CHAMBERS, NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |
| 26 | |
| 27 | |

28

Notice of Motion and Motion for Leave to File       Case No. 3:11-CV-01557-BTM (RBB)

# MOTION OF SONGWRITERS GUILD OF AMERICA FOR LEAVE TO FILE BRIEF AMICUS CURIAE

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Points and Authorities, the Songwriters Guild of America ("SGA"), will move this Court on December 16, 2011, at 11:00 am, before the Honorable Barry Moskowitz in Courtroom 15 of the United States District Court for the Southern District of California, for leave to file the attached brief of *Amicus Curiae*.

PLEASE TAKE FURTHER NOTICE that, pursuant to CivLR 7.1(e)(2), opposition papers, if any, are to be filed and served not later than 14 calendar days prior to the noticed hearing.

DATED:  November 14, 2011

Respectfully Submitted,

BAKER & MCKENZIE LLP

             /s/  Steven M. Chasin             
STEVEN M. CHASIN

Steven M. Chasin (SBN 228723)
BAKER & McKENZIE LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 835-6132
Fax:  (202) 416-7132
Steven.Chasin@bakermckenzie.com

-and-

---

Notice of Motion and Motion for Leave to File    1    Case No. 3:11-CV-01557-BTM (RBB)

Carl W. Hampe
815 Connecticut Avenue, NW
Washington, DC 20006-4078
Telephone: +1 202 835 4259
Facsimile: +1 202 416 6979
Email: carl.hampe@bakermckenzie.com

ATTORNEY AT LAW, PC
Charles J. Sanders
29 Kings Grant Way
Briarcliff Manor, NY 10510
Telephone: +1 914 366 6642
Facsimile: +1 347 558 9658
Email: csanderslaw@aol.com

*Attorneys for Amicus Curiae Songwriters' Guild of America*

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2011, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via Federal Express to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 14, 2011.

      /s/  Steven M. Chasin
STEVEN M. CHASIN

Steven M. Chasin (SBN 228723)
BAKER & McKENZIE LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 835-6132
Fax:  (202) 416-7132
Steven.Chasin@bakermckenzie.com

*Attorney for Amicus Curiae*
*Songwriters' Guild of America*

Notice of Motion and Motion for Leave to File     3     Case No. 3:11-CV-01557-BTM (RBB)