Steven M. Chasin (SBN 228723)
BAKER & McKENZIE LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 835-6132
Fax: (202) 416-7132
Steven.Chasin@bakermckenzie.com

-and-

BAKER & MCKENZIE LLP
Carl W. Hampe
815 Connecticut Avenue, NW
Washington, DC 20006-4078
Telephone: +1 202 835 4259
Facsimile: +1 202 416 6979
Email: carl.hampe@bakermckenzie.com

ATTORNEY AT LAW, PC
Charles J. Sanders
29 Kings Grant Way
Briarcliff Manor, NY 10510
Telephone: +1 914 366 6642
Facsimile: +1 347 558 9658
Email: csanderslaw@aol.com

*Attorneys for Amicus Curiae Songwriters' Guild of America*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCORPIO MUSIC (BLACK SCORPIO) S.A. and CAN'T STOP PRODUCTIONS, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>VICTOR WILLIS<br><br>Defendant. | Case No. 3:11-CV-01557-BTM (RBB)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF SONGWRITERS GUILD OF AMERICA FOR LEAVE TO FILE BRIEF AMICUS CURIAE**<br><br>Date: December 16, 2011<br>Time: 11:00 a.m.<br>Courtroom: 15 – Fifth Floor<br>Judge: Hon. Barry T. Moskowitz |

**TABLE OF CONTENTS**

**TABLE OF AUTHORITIES** ........................................................................................................... ii

**INTEREST OF *AMICUS CURIAE*** ..............................................................................................1

**ARGUMENT**................................................................................................................................1

**CONCLUSION** ............................................................................................................................1

**TABLE OF AUTHORITIES**

PAGE

*Alito v. Salazar*, No. 11 Civ. 2276 (S.D. Cal. 2011), Oct. 12, 2011 Order........................................1

*Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982)........................................................................1

*Sandin v. Connor*, 515 U.S. 472 (1995)................................................................................................1

**INTEREST OF *AMICUS CURIAE***

The Songwriters Guild of America ("SGA") is the nation's oldest and largest organization run exclusively by and for songwriters, with more than five thousand members nationwide and over seventy-five years of advocacy experience concerning songwriters' rights. SGA is a voluntary association comprised of composers and the estates of deceased members. It provides a variety of services to its members, including contract advice, copyright renewal and termination filings, and royalty collection and auditing to ensure that members receive proper compensation for their creative efforts. Of particular relevance to this litigation is the fact that SGA has advocated before the U.S. Congress in support of the termination right statute at issue, and handles termination filings for a number of songwriters, their heirs and estates. SGA respectfully submits that its combination of policy experience and practical familiarity with the termination filing mechanism in dispute would provide valuable assistance to this Court in resolving this litigation.

**ARGUMENT**

This Court has recognized its "broad discretion to appoint *amici curiae*." *Alito v. Salazar*, No. 11 Civ. 2276 (S.D. Cal. 2011), Oct. 12, 2011 Order (quoting *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), abrogated on other grounds by *Sandin v. Connor*, 515 U.S. 472 (1995)). In *Alito*, this Court noted that it was appropriate to accept an *amicus curiae* filing where "briefing on the issue might be helpful to the Court in resolving the issue." *See id.* Because of the specialized nature of copyright law in general, and because relatively few counsel or private parties have experience with termination filings under U.S. copyright law, SGA's experience with both of these topics should be helpful to the Court in resolving the instant litigation.

Plaintiff Scorpio Music has not consented to the filing of this brief *amicus curiae*.

**CONCLUSION**

For the aforementioned reasons, SGA respectfully requests leave to file their proposed brief *amicus curiae*.

Memorandum of Points and Authorities        1        Case No. 3:11-CV-01557-BTM (RBB)

| | | |
|---|---|---|
| 1 | DATED:  November 14, 2011 | Respectfully Submitted, |
| 2 | | BAKER & MCKENZIE LLP |
| 3 | | |
| 4 | |     /s/  Steven M. Chasin<br>STEVEN M. CHASIN |
| 5 | | |
| 6 | | Steven M. Chasin (SBN 228723)<br>BAKER & McKENZIE LLP |
| 7 | | 815 Connecticut Avenue, N.W.<br>Washington, D.C. 20006<br>Tel: (202) 835-6132 |
| 8 | | Fax:  (202) 416-7132<br>Steven.Chasin@bakermckenzie.com |
| 9 | | -and- |
| 10 | | |
| 11 | | Carl W. Hampe<br>815 Connecticut Avenue, NW |
| 12 | | Washington, DC 20006-4078<br>Telephone: +1 202 835 4259 |
| 13 | | Facsimile: +1 202 416 6979<br>Email: carl.hampe@bakermckenzie.com |
| 14 | | ATTORNEY AT LAW, PC<br>Charles J. Sanders |
| 15 | | 29 Kings Grant Way<br>Briarcliff Manor, NY 10510 |
| 16 | | Telephone: +1 914 366 6642<br>Facsimile: +1 347 558 9658 |
| 17 | | Email: csanderslaw@aol.com |
| 18 | | |
| 19 | | *Attorneys for Amicus Curiae Songwriters' Guild of America* |

Memorandum of Points and Authorities     2     Case No. 3:11-CV-01557-BTM (RBB)

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2011, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via Federal Express to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 14, 2011.

          /s/  Steven M. Chasin
STEVEN M. CHASIN

Steven M. Chasin (SBN 228723)
BAKER & McKENZIE LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 835-6132
Fax:  (202) 416-7132
Steven.Chasin@bakermckenzie.com

*Attorney for Amicus Curiae*
*Songwriters' Guild of America*