# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCORPIO MUSIC (BLACK SCORPIO) S.A. and CAN'T STOP PRODUCTIONS, INC., | Case No. 11cv1557 BTM(RBB) |
| Plaintiffs, | **ORDER CONTINUING HEARING ON MOTION TO DISMISS** |
| v. | |
| VICTOR WILLIS, | |
| Defendant. | |

    The Songwriters' Guild of America ("SGA") has filed a motion for leave to file an amicus curiae brief in support of the motion to dismiss that is scheduled for hearing on November 18, 2011.  The motion for leave to file an amicus curiae brief is set for hearing on December 16, 2011.  To allow time for deciding SGA's motion and, if the motion is granted, for Plaintiffs to file a response to the amicus brief, the Court continues the hearing on the motion to dismiss to **January 20, 2012 at 11:00 a.m.**  Unless otherwise directed by the Court, there shall be no oral argument, and no personal appearances are necessary.

**IT IS SO ORDERED.**

DATED:  November 15, 2011

_Barry Ted Moskowitz_

Honorable Barry Ted Moskowitz
United States District Judge