# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCORPIO MUSIC (BLACK SCORPIO) S.A. and CAN'T STOP PRODUCTIONS, INC., <br><br> Plaintiffs, <br> v. <br> VICTOR WILLIS, <br><br> Defendant. | Case No. 11cv1557 BTM(RBB) <br><br> **ORDER GRANTING MOTION FOR LEAVE TO FILE AN AMICUS BRIEF** |

The Songwriters' Guild of America ("SGA") has filed a motion for leave to file an amicus curiae brief in support of Defendant's motion to dismiss. The Court finds that the SGA's participation in the litigation may be useful, given the SGA's experience with copyright termination filings and the fact that this case is one of the first cases regarding termination of grants of copyright to be litigated in federal court. Accordingly, the Court **GRANTS** the SGA's motion, and the SGA's amicus brief in support of motion to dismiss (Doc. 14-2) shall be filed. On or before January 6, 2012, Plaintiffs may file a supplemental opposition brief to address arguments made in the SGA's brief. On or before January 13, 2012, SGA may file an amicus brief in reply to Defendant's opposition.

**IT IS SO ORDERED.**

DATED: December 16, 2011

*Barry Ted Moskowitz*
Honorable Barry Ted Moskowitz
United States District Judge