# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCORPIO MUSIC S.A., et al., <br><br>             Plaintiffs, <br>   v. <br><br> VICTOR WILLIS, <br><br>             Defendant. | Case No. 11cv1557 BTM(RBB) <br><br> **ORDER CONTINUING HEARING ON MOTION TO DISMISS** |

At the request of the parties, the Court continues the hearing on the motion to dismiss and the oral argument thereon to **March 20, 2012 at 3:30 p.m.**

**IT IS SO ORDERED.**

DATED:  March 13, 2012

_____
BARRY TED MOSKOWITZ, Chief Judge
United States District Court