| | |
|---|---|
| 1 | ATTORNEY AT LAW, PC |
|   | Charles J. Sanders [Bar# 112202] |
| 2 | 29 Kings Grant Way |
|   | Briarcliff Manor, NY 10510 |
| 3 | Telephone: +1 914 366 6642 |
|   | Facsimile: +1 347 558 9658 |
| 4 | Email: csanderslaw@aol.com |

*Attorney for Amicus Curiae Songwriters Guild of America*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCORPIO MUSIC (BLACK SCORPIO) S.A. and CAN'T STOP PRODUCTIONS, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>VICTOR WILLIS<br><br>Defendant. | Case No. 3:11-CV-01557-BTM (RBB)<br><br>**NOTICE OF MOTION AND MOTION OF SONGWRITERS GUILD OF AMERICA FOR LEAVE TO FILE BRIEF AMICUS CURIAE**<br><br>Date: December 7, 2012<br>Time: 11:00 a.m.<br>Courtroom: 15 – Fifth Floor<br>Judge: Hon. Barry T. Moskowitz |
| VICTOR WILLIS,<br><br>Counterclaimant,<br><br>vs.<br><br>SCORPIO MUSIC (BLACK SCORPIO) S.A. and CAN'T STOP PRODUCTIONS, INC.<br><br>Counterclaim-Defendants,<br><br>and<br><br>HENRI BELOLO<br><br>Additional Counterclaim-Defendant. | **<u>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT</u>** |

---

Notice of Motion and Motion for Leave to File     Case No. 3:11-CV-01557-BTM (RBB)

| | |
|---|---|
| 1 | **MOTION OF SONGWRITERS GUILD OF AMERICA FOR LEAVE TO FILE BRIEF** |
| 2 | ***AMICUS CURIAE*** |

3   PLEASE TAKE NOTICE that upon the accompanying Memorandum of Points and
4 Authorities, the Songwriters Guild of America ("SGA"), will move this Court on December 7,
5 2012, at 11:00 am, before the Honorable Barry Moskowitz in Courtroom 15 of the United States
6 District Court for the Southern District of California, for leave to file the attached brief of
7 *Amicus Curiae*.

8   PLEASE TAKE FURTHER NOTICE that amicus party SGA respectfully requests for
9 leave to file one day after the filing of Defendant's Opposition to the Motion to Dismiss, in light
10 of the briefing schedule pertaining to Plaintiffs, Defendant, and the Additional Counterclaim-
11 Defendant (See DE #46).

12

13 DATED:  November 14, 2012         Respectfully Submitted,

14                                   ATTORNEY AT LAW, PC

15

16                                        /s/  Charles J. Sanders
                                       CHARLES J. SANDERS
17

18

19                                   ATTORNEY AT LAW, PC
                                     Charles J. Sanders
20                                   29 Kings Grant Way
                                     Briarcliff Manor, NY 10510
21                                   Telephone: +1 914 366 6642
                                     Facsimile: +1 347 558 9658
22                                   Email: csanderslaw@aol.com

23
                                     *Attorney for Amicus Curiae Songwriters Guild of*
24                                   *America*

25

26

27

28

Notice of Motion and Motion for Leave to File     1     Case No. 3:11-CV-01557-BTM (RBB)

<pre>
1                       CERTIFICATE OF SERVICE
2        I hereby certify that on November 14, 2012, I caused the foregoing to be electronically filed
3   with the Clerk of Court using the CM/ECF system which will send notification of such filing to the
4   email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the
5   foregoing document or paper to be mailed via Federal Express to the non-CM/ECF participants
6   indicated on the Manual Notice List.
7        I certify under penalty of perjury under the laws of the United States of America that the
8   foregoing is true and correct.  Executed on November 14, 2012.
</pre>

                                            /s/  Charles J. Sanders
                                             CHARLES J. SANDERS

Charles J. Sanders [Bar# 112202]
29 Kings Grant Way
Briarcliff Manor, NY 10510
Telephone: +1 914 366 6642
Facsimile: +1 347 558 9658
Email: csanderslaw@aol.com

*Attorney for Amicus Curiae*
*Songwriters Guild of America*

Notice of Motion and Motion for Leave to File     2     Case No. 3:11-CV-01557-BTM (RBB)