ATTORNEY AT LAW, PC
Charles J. Sanders [Bar# 112202]
29 Kings Grant Way
Briarcliff Manor, NY 10510
Telephone: +1 914 366 6642
Facsimile: +1 347 558 9658
Email: csanderslaw@aol.com

*Attorney for Amicus Curiae Songwriters Guild of America*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCORPIO MUSIC (BLACK SCORPIO) S.A. and CAN'T STOP PRODUCTIONS, INC.<br><br>            Plaintiffs,<br><br>vs.<br><br>VICTOR WILLIS<br><br>            Defendant. | Case No. 3:11-CV-01557-BTM (RBB)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF SONGWRITERS GUILD OF AMERICA FOR LEAVE TO FILE BRIEF AMICUS CURIAE**<br><br>Date: December 7, 2012<br>Time: 11:00 a.m.<br>Courtroom: 15 – Fifth Floor<br>Judge: Hon. Barry T. Moskowitz |
| VICTOR WILLIS,<br><br>            Counterclaimant,<br><br>vs.<br><br>SCORPIO MUSIC (BLACK SCORPIO) S.A. and CAN'T STOP PRODUCTIONS, INC.<br><br>            Counterclaim-Defendants,<br><br>and<br><br>HENRI BELOLO<br><br>            Additional Counterclaim-Defendant. | |

Memorandum of Points and Authorities          Case No. 3:11-CV-01557-BTM (RBB)

# TABLE OF CONTENTS

**TABLE OF AUTHORITIES** .................................................................................................1

**INTEREST OF *AMICUS CURIAE*** ...................................................................................1

**ARUGMENT**........................................................................................................................1

**CONCLUSION** ....................................................................................................................2

**TABLE OF AUTHORITIES**

PAGE

*Alito v. Salazar*, No. 11 Civ. 2276 (S.D. Cal. 2011), Oct. 12, 2011 Order......................................1

*Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982)....................................................................1

*Sandin v. Connor*, 515 U.S. 472 (1995).........................................................................................1

**INTEREST OF *AMICUS CURIAE***

As previously noted in its first *amicus curiae* filing in this case (see DE 14), Songwriters Guild of America ("SGA") is the nation's oldest and largest organization run exclusively by and for songwriters, with more than five thousand members nationwide and over seventy-five years of advocacy experience concerning songwriters' rights. SGA is a voluntary association comprised of composers and the estates of deceased members. It provides a variety of services to its members, including contract advice, copyright renewal and termination filings, and royalty collection and auditing to ensure that members receive proper compensation for their creative efforts. Of particular relevance to this litigation is the fact that SGA has advocated before the U.S. Congress in support of the termination right statute at issue, and handles termination filings for a number of songwriters, their heirs and estates. SGA respectfully submits that its combination of policy experience and practical familiarity with the termination filing mechanism in dispute would provide valuable assistance to this Court in resolving this litigation.

**ARGUMENT**

This Court has recognized its "broad discretion to appoint *amici curiae*." *Alito v. Salazar*, No. 11 Civ. 2276 (S.D. Cal. 2011), Oct. 12, 2011 Order (quoting *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), abrogated on other grounds by *Sandin v. Connor*, 515 U.S. 472 (1995)). In *Alito*, this Court noted that it was appropriate to accept an *amicus curiae* filing where "briefing on the issue might be helpful to the Court in resolving the issue." *See id.* Because of the specialized nature of copyright law in general, and because relatively few counsel or private parties have experience with termination filings under U.S. copyright law, SGA's experience with both of these topics should be helpful to the Court in resolving the instant litigation. Indeed, this Court previously granted SGA's first Motion for Leave to File Brief *Amicus Curie,* in support of Defendant's Motion to Dismss (See DE 19).

Plaintiffs and Counter-claim Defendants Scorpio Music S.A. and Can't Stop Productions, Inc., and Additional Counterclaim-Defendant Henri Belolo, have not consented to the filing of this brief *amicus curiae*.

Memorandum of Points and Authorities       1       Case No. 3:11-CV-01557-BTM (RBB)

**CONCLUSION**

For the aforementioned reasons, SGA respectfully requests leave to file its proposed brief *amicus curiae*.

DATED: November 14, 2012        Respectfully Submitted,

ATTORNEY AT LAW, PC


   /s/  Charles J. Sanders
CHARLES J. SANDERS


ATTORNEY AT LAW, PC
Charles J. Sanders [Bar# 112202]
29 Kings Grant Way
Briarcliff Manor, NY 10510
Telephone: +1 914 366 6642
Facsimile: +1 347 558 9658
Email: csanderslaw@aol.com

*Attorney for Amicus Curiae Songwriters Guild of America*

Memorandum of Points and Authorities    2    Case No. 3:11-CV-01557-BTM (RBB)

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2012, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via Federal Express to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 14, 2012.


                                       /s/  Charles J. Sanders
                                    CHARLES J. SANDERS

Charles J. Sanders
29 Kings Grant Way
Briarcliff Manor, NY 10510
Telephone: +1 914 366 6642
Facsimile: +1 347 558 9658
Email: csanderslaw@aol.com


*Attorney for Amicus Curiae*
*Songwriters' Guild of America*