# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCORPIO MUSIC (BLACK SCORPIO) S.A. and CAN'T STOP PRODUCTIONS, INC.,<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>VICTOR WILLIS,<br><br>　　　　　　　　　　Defendant. | Case No. 11cv1557 BTM(RBB)<br><br>**ORDER GRANTING REQUEST FOR ORAL ARGUMENT ON MOTION FOR PARTIAL SUMMARY JUDGMENT, CONTINUING HEARING, AND CONTINUING PRETRIAL CONFERENCE** |
| VICTOR WILLIS,<br><br>　　　　　　　　　　Counterclaimant,<br>　　v.<br><br>SCORPIO MUSIC (BLACK SCORPIO) S.A. and CAN'T STOP PRODUCTIONS, INC.,<br><br>　　　　　　　　　　Counterclaim-Defendants,<br><br>-and-<br><br>HENRI BELOLO,<br><br>　　　　　　　　Additional Counterclaim-Defendant. | |

Plaintiffs have requested oral argument on their Motion for Partial Summary Judgment. Plaintiffs' request is **GRANTED**. The hearing on the Motion for Partial Summary Judgment is continued to **August 6, 2014 at 10:00 a.m.**, at which time the Court will entertain oral argument. The deadline for filing opposition and reply papers shall be calculated based on the new hearing date. The pretrial conference is **CONTINUED** to **September 29, 2014 at 10:00 a.m.** The proposed pretrial order shall be lodged on or before September 22, 2014.

**IT IS SO ORDERED.**

DATED: July 2, 2014

_____
BARRY TED MOSKOWITZ, Chief Judge
United States District Court