Robert S. Besser, State Bar No. 46541
Christopher Chapin, State Bar No. 112608
LAW OFFICES OF ROBERT S. BESSER
1221 Second Street Suite 300
Santa Monica, California 90401
Tel: (310) 394-6611; Fax (310) 394-6613
rsbesser@aol.com
christopherchapin@aol.com

Stewart L. Levy, NY State Bar No. 1143356
Appearing *Pro Hac Vice*
Eisenberg Tanchum & Levy
675 Third Avenue, Suite 2900
New York, New York 10017
Tel: (212) 599-0777; Fax (212) 599-0770
slevy@etllaw.com

Attorneys for Plaintiffs and Counterclaim
Defendants CAN'T STOP PRODUCTIONS, INC.,
SCORPIO MUSIC (BLACK SCORPIO) S.A.,
and Counterclaim Defendant HENRI BELOLO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCORPIO MUSIC (BLACK SCORPIO) S.A. and CAN'T STOP PRODUCTIONS, INC. | 11 Civ. 1557-BTM (RBB) Honorable Barry Ted Moskowitz |
| Plaintiffs, | PLAINTIFFS' SUPPLEMENTAL WITNESS LIST |
| v. | |
| VICTOR WILLIS, an individual, | |
| Defendant. _____/ | Pre-Trial: December 23, 2014 Trial Date:  January 12, 2015 |
| VICTOR WILLIS, | |
| Counterclaimant, | |
| v. | |
| SCORPIO MUSIC (BLACK SCORPIO) S.A. and CAN'T STOP PRODUCTIONS, INC., et al., | |
| Counterclaim-Defendants, _____/ | |

-1-

_____
SUPPLEMENTAL WITNESS LIST

1    Plaintiffs SCORPIO MUSIC (BLACK MUSIC), S.A. and CAN'T STOP

2    PRODUCTIONS hereby submit their Supplemental Witness List:

3    <u>Witness</u>            <u>Summary of Direct Testimony</u>

4    Felipe Rose          Mr. Rose will testify that he was the first original member

5                         of "Village People" and give eye-witness testimony to

6                         events that occurred in 1978-1980 concerning production,

7                         writing and performing some of Village People's hit

8                         songs, including YMCA.

9                         He will testify that he saw Henri Belolo and Jacques

10                        Morali work together creating the song YMCA and other

11                        Village People recordings.

12

13    Mr. Rose was not on Plaintiffs' original witness list because at the

14    time the document was filed in connection with the original trial date, Mr.

15    Rose was committed to performing with the Village People in Russia and

16    Asia.  Now that the trial date has been continued to January 12, 2014, Mr.

17    Rose is available to testify.

18    Defendant has been aware of the possibility of his testifying since

19    long before any witness list was filed

20    Dated:   December 22, 2014

21    Respectfully submitted,
      LAW OFFICES OF ROBERT S. BESSER

22

23    By: <u>/s/ Robert S. Besser</u>
            ROBERT S. BESSER

24    Attorneys for Plaintiffs and Counterclaim
      Defendants CAN'T STOP PRODUCTIONS, INC.,

25    SCORPIO MUSIC (BLACK SCORPIO) S.A., and
      Counterclaim Defendant HENRI BELOLO

26

27                              -2-

28    _____
                         SUPPLEMENTAL WITNESS LIST

CERTIFICATE OF ECF SERVICE

I, Robert S. Besser, declare:

I am a member of the bar of this Court.  I am not a party to the within action and I am over the age of eighteen (18) years.

I hereby certify that all counsel for all appearing parties are Filing Users, as defined by Local Rule 5.4(c), and will be served with the foregoing PLAINTIFFS' SUPPLEMENTAL WITNESS LIST through this Court's CM/ECF system.

Dated: December 22, 2014

/s/ Robert S. Besser
ROBERT S. BESSER

-3-

_____

SUPPLEMENTAL WITNESS LIST