Walter W. Noss (277580)
John T. Jasnoch (281605)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
707 Broadway, Suite 1000
San Diego, CA  92101
Telephone:  (619) 233-4565
Facsimile:  (619) 233-0508
Email:           wnoss@scott-scott.com
                     jjasnoch@scott-scott.com

*Attorneys for Defendant / Counterclaim Plaintiff Victor Willis*
[Additional counsel appear in signature block]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCORPIO MUSIC (BLACK SCORPIO) S.A. and CAN'T STOP PRODUCTIONS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR WILLIS<br><br>Defendant. | Case No. 3:11-CV-01557-BTM (RBB)<br><br>DEFENDANT'S SUPPLEMENTAL WITNESS LIST<br><br>Honorable Barry T. Moskowitz |
| VICTOR WILLIS<br><br>Counterclaimant,<br><br>vs.<br><br>SCORPIO MUSIC (BLACK SCORPIO) S.A., CAN'T STOP PRODUCTIONS, INC. and HENRI BELOLO<br><br>Counterclaim-Defendants. | Trial Date:  February 9, 2015<br><br>Time:  9:30 a.m.<br><br>Courtroom:  15B Annex |

Defendant/Counterclaimant Victor Willis ("Willis") hereby submits his Supplemental Witness List.

| WITNESS | SUMMARY OF TESTIMONY |
|---|---|
| Phylicia Rashad | Ms. Rashad, Willis' ex-wife, will testify that she witnessed Willis writing many of the songs at their home and that the songs were never adapted from a prior existing French song. |
| Hope Grossbard: | Ms. Grossbard, Henri Belolo's former secretary, will testify that she drafted many of the so-called adaptation agreements and copyright filings at Belolo's direction. |
| Russell Dabney: | Mr. Dabney, the drummer and member of Gypsy Lane, the Village People studio band, will testify that he witnessed many of the Village People songs being recorded and that the songs to his knowledge were written by Jacques Morali and Victor Willis, not Belolo. |
| Karen Willis: | Ms. Willis will testify that she has compiled an extensive archive of Felipe Rose interviews, written, audio and video, and that nowhere in those interviews does Rose ever identify Belolo as ever being a writer of any of the Village People songs, especially YMCA. Ms. Willis will also testify as to an interview she conducted of Mr. Belolo in which he never once described himself as a writer of any sort, rather he described himself as the creator of the |

Defendant's Supplemental Witness List          1
Case No. 3:11-CV-01557-BTM (RBB)

Village People concept, a publisher, and owner of the Village People music catalog. Ms. Willis will also testify that Mr. Belolo demonstrated a disdain for Jacques Morali.

Willis further reserves the right to add an expert witness and musicologist to opine that the French lyrics appearing on many of the French sheet music created by Plaintiffs are literal translations of the English lyrics.

DATED:  January 12, 2015          Respectfully submitted,

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

/s/Walter W. Noss
John T. Jasnoch
707 Broadway, Suite 1000
San Diego, CA  92101
Telephone:  (619) 233-4565
wnoss@scott-scott.com
jjasnoch@scott-scott.com

REITLER KAILAS & ROSENBLATT LLC
Brian D. Caplan (admitted *pro hac vice*)
855 Third Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 209-3059
bcaplan@reiterlaw.com

*Attorneys for Defendant/Counterclaim Plaintiff Victor Willis*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2015, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

DATED:  January 12, 2015

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

/s/Walter W. Noss
707 Broadway, Suite 1000
San Diego, CA  92101
Telephone:  (619) 233-4565
wnoss@scott-scott.com

*Attorney for Defendant/Counterclaim Plaintiff Victor Willis*