1  Robert S. Besser, State Bar No. 46541
   Christopher Chapin, State Bar No. 112608
2  LAW OFFICES OF ROBERT S. BESSER
   1221 Second Street Suite 300
3  Santa Monica, California 90401
   Tel: (310) 394-6611; Fax (310) 394-6613
4  rsbesser@aol.com
   christopherchapin@aol.com
5
   Stewart L. Levy, NY State Bar No. 1143356
6  Appearing *Pro Hac Vice*
   Eisenberg Tanchum & Levy
7  675 Third Avenue, Suite 2900
   New York, New York 10017
8  Tel: (212) 599-0777; Fax (212) 599-0770
   slevy@etllaw.com
9
   Attorneys for Plaintiffs and Counterclaim
10 Defendants CAN'T STOP PRODUCTIONS, INC.,
   SCORPIO MUSIC (BLACK SCORPIO) S.A.,
11 and Counterclaim Defendant HENRI BELOLO

12                **UNITED STATES DISTRICT COURT**

13                **SOUTHERN DISTRICT OF CALIFORNIA**

14 | SCORPIO MUSIC (BLACK SCORPIO) S.A. and CAN'T STOP PRODUCTIONS, INC., | Case No. 11-CV-1557-BTM(RBB) |
   |---|---|
15 |  | *Hon. Barry Ted Moskowitz* |
16 | Plaintiffs, | **PLAINTIFFS BRIEF RE: BURDEN OF PROOF**, |
17 | vs. |  |
18 |  | Trial Date:   11-18-2014 |
19 | VICTOR WILLIS, an individual, | Time:         9:30 a.m. |
   |  | Courtroom:   15B Annex |
20 | Defendant. |  |
21 | _____/ |  |
   | VICTOR WILLIS, |  |
22 | Counterclaimant, |  |
23 |  |  |
   | vs. |  |
24 | SCORPIO MUSIC (BLACK SCORPIO) S.A. and CAN'T STOP PRODUCTIONS, INC., et al. |  |
25 |  |  |
26 |  |  |
27 | Counterclaim-Defendants. |  |
   | _____/ |  |
28

The issue to be decided at the trial is whether or not Henri Belolo contributed to the writing of the 24 Disputed Works.  It is indisputable that the relevant registrations filed in the United States Copyright Office by plaintiff Scorpio credit Belolo as being, together with Willis and Jacques Morali, the three authors of each song.  As a result the burden of proving that Belolo did not contribute to the creation of these songs rests upon Willis, the party challenging Belolo's authorship.

The Copyright Act expressly states that a copyright registration issued within five years of first publication, which is the case with the 24 copyright registrations relating to the 24 Disputed Works, is "prima facie evidence of the validity of the copyright and **the facts stated in the certificate."** 17 U.S.C. 410 (c)(emphasis added). Accord, *United Fabrics int'l, Inc. v. C& J Wear, Inc.,* 630 F.3d 1255, 1257 (9th Cir. 2011).  The prima facie nature of the evidence, however, can be challenged, *S.O.S., Inc. v. Payday, Inc*., 886 F.2d 1081, 1085-86 (9th Cir. 1989), but absent a successful challenge to the validity of the copyright and the facts stated in the certificate, the certificate and its facts are presumed to be true.

Willis in the counterclaim contained in his first amended answer has alleged that Belolo did not contribute to the writing of any of the 24 Disputed Works. Willis has, as a result, assumed the burden of proving that the authorship credits contained in those certificates is wrong. In the case of this challenge,  "[i]t is a fundamental rule that the burden of proof in its primary sense rests upon the party who, as determined by the pleadings, asserts the affirmative of an issue and is generally upon the party

1  who will be defeated if no evidence relating to the issue is given on either side."
2  *Burlington Northern Railroad Company v. Hyundai Merchant Marine Co. Ltd.*, 1999
3  U.S. Dist. LEXIS 23186 (C.D. Ca 1999) (citing *Reliance Life Insurance Co., v.
4  Burgess*, 112 F.2d 234, 237 (8th Cir.). See also *Pacific Portland Cement Co. v. Food
5  Machinery & Chemical Corp.*, 178 F.2d 541, 547 (9th Cir. 1949) (The burden of proof
6  " is generally upon the party who will be defeated if no evidence relating to the issue
7  is given on either side.")

       Willis, by disputing Belolo's authorship credits, has assumed the burden of disproving the writer credits contained on the copyright registration certificates. He, therefore, has the burden of proving the issue which is to be decided in this case – Belolo's authorship credit.

Dated: February 6, 2015         Respectfully submitted,

                                 LAW OFFICES OF ROBERT S. BESSER

                                 By: _/s/ Robert S. Besser
                                       Robert S. Besser
                                 Attorneys for Plaintiffs and Counterclaim
                                 Defendants CAN'T STOP
                                 PRODUCTIONS, INC.,
                                 SCORPIO MUSIC (BLACK
                                 SCORPIO) S.A., and
                                 Counterclaim Defendant HENRI
                                 BELOLO

Of Counsel:
Stewart L. Levy