Robert S. Besser, State Bar No. 46541
Christopher Chapin, State Bar No. 112608
LAW OFFICES OF ROBERT S. BESSER
1221 Second Street Suite 300
Santa Monica, California 90401
Tel: (310) 394-6611; Fax (310) 394-6613
rsbesser@aol.com
christopherchapin@aol.com

Stewart L. Levy, NY State Bar No. 1143356
Appearing *Pro Hac Vice*
Eisenberg Tanchum & Levy
707 Westchester Avenue, Suite 300
White Plains, New York 10604
Tel: (212) 599-0777; Fax (212) 599-0770
slevy@etllaw.com

Attorneys for Plaintiffs and Counterclaim
Defendants CAN'T STOP PRODUCTIONS, INC.
SCORPIO MUSIC (BLACK SCORPIO) S.A.,
and Counterclaim Defendant HENRI BELOLO

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCORPIO MUSIC (BLACK SCORPIO) S.A. and CAN'T STOP PRODUCTIONS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> VICTOR WILLIS, an individual, <br><br> Defendant. <br> _____/ <br><br> VICTOR WILLIS, <br> Counterclaimant, <br> vs. <br><br> SCORPIO MUSIC (BLACK SCORPIO) S.A. and CAN'T STOP PRODUCTIONS, INC., et al. | Case No. 11-CV-1557-BTM(RBB) <br> Hon. Barry Ted Moskowitz <br><br> **NOTICE OF LIEN** <br><br> TESTIMONY CONCERNING |

1
2         Counterclaim-Defendants.
   _____/
3
4
5         NOICE IS HEREBY GIVEN that the lien theretofore filed on behalf of
6  Judgment Creditor MICHAEL E. MOORE, an individual; JASON A RODENBO,
7  and individual has been assigned to Van Wyck, Inc, 1221 Second Street, Suite 300,
   Santa Monica, CA 90401.  See attached Exhibit "A".
8
9
   Dated: March 5, 2015
10
11                                    LAW OFFICES OF ROBERT S. BESSER
12
13                                    By: /s/ Robert S. Besser_____
                                           Robert S. Besser
14                                    Attorneys for Plaintiffs and Counterclaim
                                      Defendants CAN'T STOP
15                                    PRODUCTIONS, INC.,
                                      SCORPIO MUSIC (BLACK
16                                    SCORPIO) S.A., and
                                      Counterclaim Defendant HENRI
17                                    BELOLO
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

**FICKEL & DAVIS**
Mary L. Fickel, Esq. (#221872)
3254 Fourth Avenue
San Diego, California 92103
Tel. (619) 557-9420 / Fax (619) 557-9425

Attorneys for Plaintiffs,
MICHAEL E MOORE and JASON A. RODENBO

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN DIEGO, CENTRAL DIVISION

| | |
|---|---|
| MICHAEL E MOORE, an individual; JASON A. RODENBO, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>VICTOR WILLIS, an individual,<br><br>Defendant. | Case No. 37-2010-00103125-CU-BT-CTL<br><br>Unlimited Civil<br><br>**ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT**<br><br>[C.C.P. §673, 681.020 & C.C. §954.5]<br><br>Judgment Entered: May 23, 2011<br><br>Dept.: 72<br>Judge: Hon. Timothy B. Taylor |

TO JUDGMENT DEBTOR AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT:

1. Judgment was entered in the above entitled action in favor of Judgment Creditors MICAHEL E. MOORE and JASON A. RODENBO and against Judgment Debtor VICTOR WILLIS on May 23, 2011, in the above-entitled court. The judgment has not been renewed.

2. The name and address of the Judgment Creditors is:

> *Michael E. Moore*
> *Jason B. Rodenbo*
> c/o Fickel & Davis
> Mary L. Fickel, Esq.
> 3254 Fourth Avenue
> San Diego, California 92103

///

///

---
1
ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT
S:\F&D Company Files\Clients - Open\CIVIL\Moore v. Willis\Pleading\Assign.JM.3P\Ack.wpd

3. The name and last known address of the Judgment Debtor is:

*Victor Willis*
9115 Judicial Drive, #4521
San Diego, CA 92122

4. The balance remaining due on the judgment is approximately $275,780.50. The Judgment Creditors hereby acknowledge by the authorized signature below that they have assigned all of their rights, title and interest in the Judgment.

5. Third party Assignee's name, address and telephone is:

*Van Wyck, Inc.*
1221 Second Street, Suite 300
Santa Monica, CA 90401
(310) 394-6611

Respectfully submitted,

DATED: May 23, 2014                **FICKEL & DAVIS**

By: _____
Mary L. Fickel, Esq.
Attorneys for Judgment Creditors
Michael E. Moore and Jason A. Rodenbo

**ACKNOWLEDGMENT**

State of California   )
                      )
County of San Diego   )

On May 23, 2014, before me, Elizabeth Palmer, Notary Public, personally appeared Mary L. Fickel, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____

ELIZABETH PALMER
Commission # 1992928
Notary Public - California
San Diego County
My Comm. Expires Oct 29, 2016

**CERTIFICATE OF ECF SERVICE**

I, Robert S. Besser, declare:

I am a member of the bar of this Court.  I am not a party to the within action and I am over the age of eighteen (18) years.

I hereby certify that all counsel for all appearing parties are Filing Users, as defined by Local Rule 5.4(c), and will be served with the foregoing NOTICE OF LEIN  through the Court's CM/ECF system.

Dated:  March 5, 2015

                                        /s/ Robert S. Besser
                                        ROBERT S. BESSER