# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCORPIO MUSIC (BLACK SCORPIO) S.A. and CAN'T STOP PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VICTOR WILLIS, <br><br> Defendant. | Case No. 3:11-CV-01557-BTM (RBB) <br><br> JUDGMENT |
| VICTOR WILLIS, <br><br> Counterclaimant, <br><br> vs. <br><br> SCORPIO MUSIC (BLACK SCORPIO) S.A., CAN'T STOP PRODUCTIONS, INC. and HENRI BELOLO <br><br> Counterclaim-Defendants. | |

Judgment
11-CV-01557-BTM (RBB)

In accordance with the jury verdict rendered in this action on March 4, 2015, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,** as follows**:**

1. The "Notice of Termination of Post 1977 Grants of Copyright on Certain Works of Victor Willis" dated January 26, 2011, is valid in all respects.

2. Under the copyright laws of the United States, Henri Belolo is not a joint author of the following compositions: Broadway, Y.M.C.A., Hot Cop, Ups and Downs, My Roommate, The Women, I'm a Cruiser, Get Away Holiday, Citizens of the World, Where are the Men, It's a Man's World, Sexy Man, Bad Reputation.

3. Defendant Victor Willis has recaptured in the United States, as of the following respective Effective Dates of Termination, the following percentages of the U.S. copyrights in the 33 musical compositions at issue in this action:

| Musical Composition | % of U.S. Copyright Ownership Recaptured | Effective Date of Termination |
|---|---|---|
| 1. St. Louis | 33.3% | June 15, 2013 |
| 2. Broadway | 50% | June 15, 2013 |
| 3. Star of Paris | 33.3% | June 15, 2013 |
| 4. Josephine Superstar | 33.3% | June 15, 2013 |
| 5. Around the World | 33.3% | June 15, 2013 |
| 6. Don't Cry Mommy | 33.3% | June 15, 2013 |
| 7. Y.M.C.A | 50% | Sept. 13, 2013 |
| 8. Hot Cop | 50% | Sept. 13, 2013 |
| 9. Ups and Downs | 50% | Sept. 13, 2013 |
| 10. My Roommate | 50% | Sept. 13, 2013 |
| 11. The Women | 50% | Sept. 13, 2013 |
| 12. I'm a Cruiser | 50% | Sept. 13, 2013 |
| 13. In the Navy | 33.3% | Mar. 6, 2014 |

Judgment
Case No. 11-CV-01557-BTM (RBB)

1

| | | | | |
|---|---|---|---|---|
| 14. | Go West | 33.3% | | Mar. 24, 2014 |
| 15. | Get Away Holiday | 50% | | Mar. 24, 2014 |
| 16. | I Want to Shake Your Hand | 33.3% | | Mar. 24, 2014 |
| 17. | Citizens of the World | 50% | | Mar. 24, 2014 |
| 18. | Manhattan Woman | 33.3% | | Mar. 6, 2014 |
| 19. | Where are the Men | 50% | | July 3, 2014 |
| 20. | It's A Man's World | 50% | | July 3, 2014 |
| 21. | Sexy Man | 50% | | July 3, 2014 |
| 22. | Bad Reputation | 50% | | July 3, 2014 |
| 23. | Milkshake | 33.3% | | May 21, 2015 |
| 24. | Magic Night | 33.3% | | May 21, 2015 |
| 25. | I Love America | 33.3% | | June 15, 2013 |
| 26. | Got A feeling | 33.3% | | June 15, 2013 |
| 27. | Another Lonely Man | 33.3% | | June 15, 2013 |
| 28. | Lady Night | 33.3% | | Apr. 11, 2014 |
| 29. | Swiss Kiss | 33.3% | | Apr. 11, 2014 |
| 30. | Viva California | 33.3% | | Apr. 11, 2014 |
| 31. | The Gay Paris | 33.3% | | Apr. 11, 2014 |
| 32. | French Pillow Talk | 33.3% | | Apr. 11, 2014 |
| 33. | Where is My Woman | 33.3% | | June 15, 2013 |

4.  Scorpio Music (Black Scorpio) S.A., Can't Stop Productions, Inc., and Henri Belolo are hereby ORDERED and DIRECTED, jointly and severally, to:

   a.  account to Defendant Victor Willis, within 45 days of the date of the entry of this Judgment, for all monies received by, or credited to, any of them, from the respective effective dates of termination through the date of the

entry of this Judgment, for all exploitation in the United States for each of the 33 musical compositions set forth in Paragraph 3 above, and

      b.    pay over to Defendant Victor Willis, within 45 days of the date of the entry of this Judgment, Willis's share of such monies in accordance with the percentages set forth in Paragraph 3 above.

5.    This Judgment may be amended to reflect any attorney's fees or costs awarded pursuant to any post-judgment motions for same.

Dated: March 27, 2015

_____
Barry Ted Moskowitz, Chief Judge
United States District Court

Judgment                                    3
Case No. 11-CV-01557-BTM (RBB)