# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCORPIO MUSIC (BLACK SCORPIO) S.A. and CAN'T STOP PRODUCTIONS, INC.,<br><br>                           Plaintiffs,<br>   v.<br><br>VICTOR WILLIS,<br><br>                           Defendant.<br><br>VICTOR WILLIS,<br><br>                           Counterclaimant,<br>   v.<br><br>SCORPIO MUSIC (BLACK SCORPIO) S.A. and CAN'T STOP PRODUCTIONS, INC.,<br><br>                           Counterclaim-Defendants,<br>-and-<br><br>HENRI BELOLO,<br><br>                           Additional Counterclaim-Defendant. | Case No. 11cv1557 BTM(RBB)<br><br>**ORDER ON POST-TRIAL MOTIONS; ORDER TO SHOW CAUSE WHY FUNDS SHOULD NOT BE DISBURSED TO VICTOR WILLIS** |

Plaintiffs-Counterdefendants Can't Stop Productions, Inc., and Scorpio Music (Black Scorpio) S.A., and Counterdefendant Henri Belolo have filed (1) a Motion to Amend Judgment Pursuant to Fed. R. Civ. P. 59(e); (2) a Motion for New Trial re: "YMCA"; (3) a Motion for Leave to Deposit Money in Court Pursuant to Fed. R. Civ. P. 67; and (4) a Motion for Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b), or, in the Alternative, for New Trial Pursuant to Fed. R. Civ. P. 59(a)(1)(A) re: Statute of Limitations.

Defendant-Counterclaimant Victor Willis has filed (1) a Motion for Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b), and Motion to Alter/Amend Judgment Pursuant to Fed. R. Civ. P. 59(e); and (2) an Ex Parte Application for an Order to Show Cause re: Contempt.

On June 10, 2015, the Court held oral argument on the motions. For the reasons set forth on the record, Plaintiffs' Motion to Amend Judgment [Doc. 222], Plaintiffs' Motion for New Trial re: "YMCA" [Doc. 223], Plaintiffs' Motion for Judgment as a Matter of Law, or in the Alternative for New Trial re: Statute of Limitations [Doc. 221], Defendant's Motion for Judgment as a Matter of Law and Motion to Alter/Amend Judgment [Doc. 225], and Defendant's Ex Parte Application for an Order to Show Cause re: Contempt [Doc. 233] are **DENIED**.

Plaintiffs' Motion for Leave to Deposit Money in Court [Doc. 229] is **GRANTED**. Plaintiffs shall, by June 16, 2015, deposit in the registry of the Court the $45,382.07 currently being held by Can't Stop. Pursuant to Civ.L.R. 67.1, the deposited funds will be placed in the Court Registry Investment System ("CRIS"), an interest-bearing account. The custodian is authorized and directed by Civ.L.R. 67.1 to deduct the investment services fee for the management of investments in the CRIS and the registry fee for maintaining accounts deposited with the Court.

The Court **ORDERS all concerned parties and claimants to show cause why the funds being held by Can't Stop should not be disbursed to**

1 | **Mr. Willis**.  Anyone wishing to respond to the Order to Show Cause must file
2 | briefs on or before July 1, 2015.  Opposition briefs are due on or before July 13,
3 | 2015.  Reply briefs, if any, are due on or before July 16, 2015.  The Court will
4 | hold a hearing on the Order to Show Cause on **July 22, 2015 at 10:00 a.m.**

6 | **IT IS SO ORDERED.**
7 | DATED:  June 12, 2015

BARRY TED MOSKOWITZ, Chief Judge
United States District Court